UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS,                    )
                Plaintiff,             )
                                       )
    v.                                 )   Civil Action No. 1:06CV0508
                                       )              (RCL)
                                       )
DEPARTMENT OF THE AIR FORCE,           )
                Defendant.             )
                                       )

PLAINTIFF'S
PROOF OF SERVICE

To the Clerk:

    I hereby certify under penalty of perjury and pursuant to Local Civil

Rule 5.3 and Federal Rules of Civil Procedure, Rule 4(i), that on 24 March,

2006, I caused to be placed in the prison mail via United States Postal

Service (Certified Postage-Return Receipt, First Class), Service of the

Summons and copies of the Complaint to the Defendants at the following

addresses.

    1). DEPARTMENT OF THE AIR FORCE
        1670 AIR FORCE PENTAGON
        WASHINGTON D.C. 20330-1670

        **Certified No. 7001 1140 0000 7235 5703**

    2). UNITED STATES ATTORNEY
        FOR THE DISTRICT OF COLUMBIA
        555 4th St., N.W.
        Washington D.C. 20001

        **Certified No. 7001 1140 0000 7235 5710**

    3). UNITED STATES ATTORNEY GENERAL
        950 PENNSYLVANIA AVE., N.W.
        WASHINGTON D.C. 20530

        **Certified No. 7001 1140 0000 7235 5697**

Dated this 24th day of March, 2006.

RECEIVED

MAR 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

MARCUS L. WILLIAMS
BOX #77423
1300 N. WAREHOUSE RD
FORT LEAVENWORTH KS 66027-2304