IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCUS L. WILLIAMS,<br>Box #77423<br>1300 N. Warehouse Road<br>Fort Leavenworth, KS 66027-2304,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE AIR FORCE,<br>1670 Air Force Pentagon<br>Washington, D.C. 20330-1670,<br><br>    Defendant. | Civil Action No. 06-0508 (RCL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

            Respectfully submitted,

            _____/s/_____
            KEVIN K. ROBITAILLE
            Special Assistant U.S. Attorney
            Civil Division
            555 Fourth St., N.W.
            Washington, D.C.  20530
            202-353-9895  / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Road
Fort Leavenworth, KS 66027-2304,

on this _____ day of April, 2006.

                _____/s/_____
                KEVIN K. ROBITAILLE
                Special Assistant U.S. Attorney
                Civil Division
                555 Fourth St., N.W.
                Washington, D.C.  20530
                202-353-9895  / FAX 202-514-8780