IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCUS L. WILLIAMS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF THE AIR FORCE,** )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 06-0508 (RCL) |

### ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including June 26, 2006, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2006.

_____
Royce C. Lamberth
United States District Judge

Copies to:
MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Road
Fort Leavenworth, KS 66027-2304,

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.

Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780