**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Motion for Extension of Time to Answer was served by First-Class mail; postage prepaid to:

MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Road
Fort Leavenworth, KS 66027-2304,

on this 23rd day of May, 2006.

               _____/s/_____
               KEVIN K. ROBITAILLE
               Special Assistant U.S. Attorney
               Civil Division
               555 Fourth St., N.W.
               Washington, D.C.  20530
               202-353-9895  / FAX 202-514-8780