UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS,            )
        Plaintiff,       )
                         )
v.                             ) Civil Action No. 06-0508 (RCL)
                         )
DEPARTMENT OF THE AIR FORCE,   )
        Defendant.       )
                         )

### PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE AN AMENDED COMPLAINT

1. The Plaintiff in the above-captioned action hereby request for leave of this Court to file an amended complaint pursuant to Federal Rules of Civil Procedure, Rule 15, and Local Rule 7(i) of this Court. The proposed amended complaint focuses on the substantial administrative records that is dispositive to the case and eliminates Count II in the existing Complaint.

2. The ultimate purpose of the amended complaint is for the speedy resolution of this instant case. The proposed amended complaint does not impose any additional litigating burdens on the Defendant, nor does it alters or disrupts the Court's scheduling.

3. Within this Court's discretion, the Defendant was granted an ex parte enlargement of time to answer or otherwise respond to Plaintiff's complaint until 26 June, 2006, pursuant to Local Rule 7(m) of this Court.

Wherefore the Plaintiff hereby prays that this Court grant his motion for leave of Court to file his amended complaint where such amendment moves on the basic and fundamental allegations as opposed to the existing complaint.

Dated this 6th day of June, 2006.

Respectfully submitted,

*Marcus L. Williams*
Marcus L. Williams
Box #77423
1300 N. Warehouse Rd
Fort Leavenworth KS 66027-

RECEIVED
JUN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT