UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS,  )
      Plaintiff,  )
        )
v.  )  Civil Action No. 1:06cv0508
        )  (RCL)
DEPARTMENT OF THE AIR FORCE,  )
      Defendant.  )
_____ )

## COMPLAINT

For his complaint in the District Court and files Pro Se against defendant Department of The Air Force, pursuant to the Administrative Procedure Act (APA) for declaratory judgment of Plaintiff's individual terminated active duty status on the date of his determined expiration of term of service of his respective military service enlistment to further effect the dissolution of his Active Duty Service Commitment (ADSC). And Plaintiff alleges the particulars hereinafter:

### The Parties

**I.**

1. Plaintiff is, and at all times mentioned herein has been, an person under the supervision of the United States Air Force, a prisoner of the United States in the custody of the Department of Defense, confined to the United States Disciplinary Barracks, Fort Leavenworth Kansas.

2. Plaintiff is informed and believes and thereon alleges that Defendant, Department of The Air Force, is, and at all times mentioned herein, has been, an agency of the executive branch of the United States.

### Jurisdiction

**II.**

3. This action is based on the United States Code, Title 10 Sections 101(d)(1), 101(d)(3), and 802(c); General Order, By Order of the Secretary

1

of The Air Force, Air Force Instruction (hereinafter "AFI") of AFI 36-2107 Active Duty Service Commitments, Subsection 1.1.4.1; And Air Force Instruction (AFI) of AFI 36-2606 Extensions of Enlistment, Subsection(s) 4.1., 4.1.1. And jurisdiction is conferred on this Court by United States Code, Title 28 Section 1331 pursuant to a federal question, and United States Code, Title 5 Sections 551, and 702 of the Administrative Procedure Act; the Fifth Amendment to the U.S. Constitution and the equitable powers inherent in the courts of the United States.

## Count I.

## III.

### (For The Determination Of Plaintiff's Status On Date Of His Expiration Of Term Of Service In Accordance With His Enlistment And Extension Contract)

4. Pursuant to statute codified in United States Code, Title 10 Section 101(d)(1), accordingly defines in pertinent part "Active Duty", as "full-time duty in the active military service of the United States", and further that Section 101(d)(3) of said United States Code of Title 10, defines "active service" as "service on active duty".

5. Plaintiff's Date of Separation of 28 February, 2001, that was entered on 30 January, 1997, was voluntarily extended until 28 December, 2001, as described in and covered by his active duty enlistment extension contract (AF Form 1411). A copy of Plaintiff's active duty enlistment extension contract is attached as Exhibit A, and made part of this Complaint.

6. Plaintiff's Leave And Earnings Statements (hereinafter "LES") encompassing periods of 1 through 31 March, 2002, and running the tenure until 1 January, 2004, reports his conclusive and determined expiration of term of service (hereinafter "ETS") of 29 December, 2001, marked as "011229" and described in recorded section labeled "ETS". A copy of Plaintiff's Leave

And Earnings Statements of 1-31 March, 2002, is attached as Exhibit B and 1-31 January, 2004, is attached as Exhibit C, and are made a part of this Complaint.

7. In relationship with Plaintiff's enlistment and extension contract located on Air Force Form (AF Form) 1411 as referred to in paragraph 5 of this Complaint, said contract coincided with and determined the Plaintiff's Expiration of Term of Service (ETS) on 29 December, 2001, as referred to in paragraph 6 of this Complaint.

8. By Order of The Secretary of The Air Force, covered and described in Air Force Instruction (AFI) 36-2107 Active Duty Service Commitments (ADSC), Subsection 1.1.4.1., states that, "Enlisted personnel serve on active duty in accordance with their enlistment contracts.". On 27 February, 2001, the Plaintiff entered into his final active duty enlistment and extension contract (AF Form 1411) with the Defendant until 28 December, 2001, as referred to in paragraph 5 of this Complaint. Plaintiff attaches a copy of Air Force Instruction (AFI) 36-2107 (uneffected by interm changes) as Exhibit D, and makes it a part of this Complaint.

9. By Order of The Secretary of The Air Force, covered and described in Air Force Instruction (AFI) 36-2606 Extension Approval Authority, Subsection(s) 4.1., and 4.1.1., uses and incorporates the Air Force Form (AF Form) 1411 as the source document for extensions of enlistments in the regular Air Force. Plaintiff attaches a copy of Air Force Instruction (AFI) 36-2606 as Exhibit E, and makes it a part of this Complaint.

10. On 19 May, 2006, the Defendant finally supplied the Plaintiff with a true copy of his Master Personnel Record that which maintained Plaintiff's final documented extension and enlistment contract (AF Form 1411) as referred to in paragraph 5 of this Complaint. The Plaintiff's Master Personnel Record

contains no other documented extensions of enlistment beyond his Expiration of Term of Service of 29 December, 2001. Plaintiff attaches copies of Defendant's letter for Master Personnel Record as <u>Exhibit F</u>, and Plaintiff's enlistment and extension contract (AF Form 1411) maintained in the Master Personnel Record as <u>Exhibit G</u>, and are made a part of this Complaint.

11. Because there exist no other administrative record(s) that lawfully extended Plaintiff's active duty service commitment, thereby on 29 December, 2001, Plaintiff's active duty enlistment and extension terminated without such administrative action to effectuate an involuntary extended active duty enlistment.

12. Collateral to Plaintiff's terminated active duty status, his military active service terminated as referred to in paragraph <u>4</u> of this Complaint, and as such returned to him the federal rights and benefits as a civilian citizen of the United States of America, and thus under statute codified in 10 U.S.C. § 802(c) that he was no longer subjected to Chapter 47 Uniform Code of Military Justice nor to be considered as a servicemember. Title 10 United States Code, Section 802(c) states the following:

> Notwithstanding any other provision of law, a person serving with an armed force who—
>
> (1) submitted voluntarily to military authority;
>
> (2) met the mental competency and minimum age qualifications of <u>section 504</u> and <u>505</u> of this title at the time of voluntary submission to military authority;
>
> (3) received military pay or allowances; and
>
> (4) performed military duties;
>
> is subject to this chapter until such person's active service has been terminated in accordance with law or regulations promulgated by the Secretary concerned.

12. On and before Plaintiff's active duty enlistment and extension

4

contract expired and thereinafter, he was neither retained in service nor recalled by proper authority to active duty respective to the absence of observance and compliance of mandatory procedure by the officers or employees of Defendant located and employed at Maxwell Air Force Base, Alabama, whereto Plaintiff's active duty service commitment and status was permitted to terminate on 29 December, 2001, without further action to administratively effectuate an involuntary extension.

### PRAYER FOR JUDGMENT

### IV.

WHEREFORE, plaintiff prays:

A. For a decree declaring that Plaintiff was not on active duty or possessed an Armed Forces status after the expiration of his respective enlistment and extension and, was neither lawfully retained in service by proper authority; and

B. The court decree that those officers or employees of the United States Air Force, located and employed at Maxwell Air Force Base, Alabama, who were responsible and neglicted to effectuate for the extension of Plaintiff's Active Duty Service Commitment and enlistment, did so in knowing the violations of the Plaintiff's Constitutional rights under the Fifth Amendment;

C. This judgment be certified to the Secretary of Defense;

D. And for such other and further relief as this court deems just and proper.

Dated this 6th day of June, 2006.

Respectfully submitted,

*[signature]*
MARCUS L. WILLIAMS
Box #77423
1300 N. WAREHOUSE RD
FORT LEAVENWORTH KS 66027-2304

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS, )
        Plaintiff, )
)
   v. ) Civil Action No. 06-0508 (RCL)
)
DEPARTMENT OF THE AIR FORCE, )
        Defendant. )
)

## APPENDIX

**EXHIBIT A**, .....Enlistment and Extension Contract.

**EXHIBIT B**, .....Leave And Earnings Statement, 1-31 March 2002.

**EXHIBIT C**, .....Leave And Earnings Statement, 1-31 January 2004.

**EXHIBIT D**, .....Air Force Instruction (AFI) 36-2107.

**EXHIBIT E**, .....Air Force Instruction (AFI) 36-2606.

**EXHIBIT F**, .....Master Personnel Record cover letter.

**EXHIBIT G**, .....Master Personnel Record, Extension Contract.

# EXTENSION OR CANCELLATION OF EXTENSIONS OF ENLISTMENT IN THE REGULAR AIR FORCE/AIR FORCE RESERVE

AUTHORITY: 10 U.S.C 501 through 520a, 8013; 44 U.S.C 3103.
PRINCIPAL PURPOSES: Documents approved or disapproved requests for extensions or cancellation of extension. Used to decide pay and allowance entitlements for the extension period.
ROUTINE USES: None
DISCLOSURE IS VOLUNTARY: However, if the information is not provided, the extension or cancellation may not be processed.

## I. IDENTIFICATION DATA

| NAME (Last, First, MI) | GRADE | SSN | UNIT OF ASSIGNMENT |
|---|---|---|---|
| WILLIAMS MARCUS L | SSG | 265737113 | 42 LG |

## II. REQUEST FOR EXTENSION

I hereby request that my current enlistment that I entered on (1) __970130__ for a period of (2) __4__ years, be extended a period of (3) __10__ months for the purpose of (4) BEST INTEREST OF THE AIR FORCE.

Authority for this request is AFI 36-2606, Table 4.1, Rule (5) __288__ (for Regular Air Force members) or AFI 36-2612, Paragraph _____ (for Air Force Reserve members). THIS FORM IS NOT USED TO EXTEND ACTIVE DUTY TOURS OF AIR FORCE RESERVE MEMBERS ON ACTIVE DUTY. This is the (6) __2nd__ extension to my current enlistment. All extensions to my current enlistment (including this extension) now total (7) __11__ months.

| DATE | NAME (First, Middle Initial, Last) | SIGNATURE |
|---|---|---|
| 28 Feb 01 | MARCUS L WILLIAMS | *Marcus L Williams* |

## III. AUTHENTICATION

SUBSCRIBED AND SWORN/AFFIRMED BEFORE ME THIS __27__ DAY OF __Feb__ 20__01__.

| TYPED NAME AND GRADE OF COMMISSIONED OFFICER (8) | SIGNATURE |
|---|---|
| RONALD G. BRANSFORD, Major, USAF | *signed* |

## IV. UNIT COMMANDER/NCO DETACHMENT CHIEF ACTION (Initial or 'X' appropriate Item)

[X] RECOMMEND APPROVAL. By recommending approval of this extension, I certify (at this time) that the airman is qualified and recommended for reenlistment (includes airman not yet considered under the Selective Reenlistment Program (SRP).).

[ ] RECOMMEND APPROVAL. (For reenlistment ineligible airmen.) This member is ineligible for reenlistment due to one or more of the reasons contained in AFI 36-2606, Table 3.2, 2.2, or 3.4. By recommending approval, I understand that this extension must comply with the restrictions of AFI 36-2606, Chapters 4.

[ ] RECOMMEND DISAPPROVAL. (Enter reasons for the recommendations in 'Remarks' or attach appropriate documentation.)

| DATE | TYPED NAME/GRADE OF UNIT CMDR/NCO DET CHIEF | SIGNATURE |
|---|---|---|
| 27 Feb 01 | RONALD G. BRANSFORD, Major, USAF | *signed* |

## V. MILITARY PERSONNEL FLIGHT ACTION

STATEMENTS SUBMITTED BY THE MEMBER AND RECORDED ABOVE HAVE BEEN VERIFIED FROM MEMBER'S UPRG/BLMPS

Request is [X] APPROVED [ ] DISAPPROVED (Enter reasons for disapproval in 'Remarks') Member's DOS of (9) __010228__ is hereby extended to (10) __011228__. Authority is AFI 36-2606, Table 4-1, Rule (11) __28__ for Regular Air Force members or, AFI 36-2612, Paragraph _____ for Air Force Reserve members. Reenlistment Eligibility Status Code is (12) __1J__.

FOR SECOND TERM AND CAREER AIRMEN

| TAFMSD | HIGH YEAR OF TENURE DATE |
|---|---|
| 930202 | 1302 |

| DATE | TYPED NAME/GRADE OF APPROVAL AUTHORITY (13) | SIGNATURE |
|---|---|---|
| 28 Feb 01 | TERESA A BENNETT/ TSGT | *signed* |

## VI. REQUEST FOR CANCELLATION

MEMBER'S REQUEST: I hereby request that my extension of enlistment that was approved on (14) _____ for a period of (15) _____ months be cancelled because (16) _____

| DATE | TYPED NAME/GRADE OF MEMBER | SIGNATURE |
|---|---|---|
| | | |

UNIT COMMANDER'S/NCO DET CHIEF'S REQUEST: I hereby request cancellation of the member's extension which was approved on (17) _____ for a period of (18) _____ months for the purpose of (19) _____. The reason for which this extension was executed has been cancelled and the member is ineligible to reenlist according to AFI 36-2606, Table 3.2 or 3.4 (Attach any documentation which supports cancellation request.).

| DATE | TYPED NAME/GRADE OF UNIT CMDR/NCO DET CHIEF (20) | SIGNATURE |
|---|---|---|
| | | |

## VII. APPROVAL OF REQUEST FOR CANCELLATION

MPF ACTION (for member's request): Request is [ ] APPROVED [ ] DISAPPROVED (Enter reasons for disapproval in 'Remarks' or attach appropriate documentation) Member's current date of separation (DOS) of (21) _____ is changed to (22) _____. Authority is AFI 36-2606, Paragraph (23) _____ for Regular Air Force members or AFI 36-2612, Paragraph _____ for Air Force Reserve members.

| DATE | TYPED NAME/GRADE OF APPROVAL AUTHORITY (24) | SIGNATURE |
|---|---|---|
| | | |

CHIEF, MIL PERS FLT ACTION (For unit CC/NCO Det request): Request is [ ] APPROVED [ ] DISAPPROVED (Enter reasons for disapproval in 'Remarks' or attach appropriate documentation). Member's current DOS of (25) _____ is changed to (26) _____. Authority is AFI 36-2606, Paragraph (27) _____ for Regular Air Force members or AFI 36-2612, Paragraph _____ for Air Force Reserves.

| DATE | TYPED NAME/GRADE OF APPROVAL AUTHORITY (28) | SIGNATURE |
|---|---|---|
| | | |

Attachment 2

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (LAST, FIRST, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
|  | WILLIAMS MARCUS L | 265737113 | E1 | 931005 | 08 | 011229 | AF | 4053 | 1-31 MAR 02 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT | +AMT FWD | .00 |
| | | | | | | +TOT ENT | .00 |
| A–O | | | | | | -TOT DED | .00 |
| | | | | | | -TOT ALMT | .00 |
| | | | | | | =NET AMT | .00 |
| | | | | | | -CR FWD | .00 |
| | | | | | | =EOM PAY | .00 |
| TOTAL | | | | | | DIEMS 920921 | RET PLAN CHOICE |

| LEAVE | BF BAL | ERND | USED | CR BAL | ETS BAL | LV LOST | LV PAID | USE/LOSE | FED TAXES | WAGE PERIOD | WAGE YTD | M/S | EX | ADD'L TAX | TAX YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 59.5 | .0 | 0 | 59.5 | .0 | .0 | .0 | 14.5 | | .00 | 1624.08 | S | 01 | .00 | 181.53 |

| FICA TAXES | WAGE PERIOD | SOC WAGE YTD | SOC TAX YTD | MED WAGE YTD | MED TAX YTD | STATE TAXES | ST | WAGE PERIOD | WAGE YTD | M/S | EX | TAX YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | .00 | 1845.18 | 114.40 | 1845.18 | 26.76 | | FL | .00 | .00 | S | 00 | .00 |

| PAY DATA | BAQ TYPE | BAQ DEPN | VHA ZIP | RENT AMT | SHARE | STAT | JFTR | DEPNS | 2D JFTR | BAS TYPE | CHARITY YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | .00 | 0 | | | 0 | | | .00 | | |

| Thrift Savings Plan (TSP) | BASE PAY RATE | BASE PAY CURRENT | SPEC PAY RATE | SPEC PAY CURRENT | INC PAY RATE | INC PAY CURRENT | BONUS PAY RATE | BONUS PAY CURRENT |
|---|---|---|---|---|---|---|---|---|
| | 0% | | 0% | | 0% | | 0% | |
| | TSP YTD DEDUCTIONS .00 | | DEFERRED .00 | | EXEMPT .00 | | | |

REMARKS    YTD ENTITLE    2283.48    YTD DEDUCT    343.19

```
-2001 FEDERAL AND STATE INCOME TAXES ARE      STATUS DETERMIN HLDPAY BAL         $.00
DUE! FOR FREE TAX ASSISTANCE AND ELECTRONIC    TOTAL INDEBTEDNESS         $1971.08(080)
FILING, VISIT YOUR INSTALLATION TAX            CORRECT FITW WAGES/DEDTN YTD      (080)
ASSISTANCE CENTER OR SUPPORTING LEGAL          HELD PAST ETS                011230(057)
ASSISTANCE OFFICE.                             START    HELD PAY-STATUS     020301(060)
-CONTACT YOUR VOTING ASSISTANCE OFFICER TO
REQUEST YOUR BALLOTS NOW! "VOTE TO CHOOSE -
CHOOSE TO VOTE" HTTP://WWW.FVAP.NCR.GOV
-MEMBERS AND THEIR FAMILIES AFFECTED BY
COMBAT ZONE SERVICE MAY CALL THE IRS TOLL
FREE AT 866-562-5227 TO DISCUSS ANY TAX
TOPIC.
MEMBERS ENROLLED IN TSP SHOULD VERIFY THEIR
ADDRESS VIA E/MSS OR THE PAY OFFICE.
```

FAS Form 702, Jan 02                                                    www.dfas.mil

## DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (LAST, FIRST, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | WILLIAMS MARCUS L | 265737113 | E1 | 931005 | 10 | 011229 | AF | 4095 | 1-31 JAN 04 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| TYPE | AMOUNT | TYPE | AMOUNT | TYPE | AMOUNT | +AMT FWD | .00 |
| | | | | | | +TOT ENT | .00 |
| | | | | | | -TOT DED | .00 |
| | | | | | | -TOT ALMT | .00 |
| | | | | | | =NET AMT | .00 |
| | | | | | | -CR FWD | .00 |
| | | | | | | =EOM PAY | .00 |
| TOTAL | | | | | | DIEMS 920921 | RET PLAN CHOICE |

| LEAVE | BF BAL 59.5 | ERND .0 | USED 0 | CR BAL 59.5 | ETS BAL .0 | LV LOST .0 | LV PAID .0 | USE/LOSE 19.5 |
|---|---|---|---|---|---|---|---|---|

| FED TAXES | WAGE PERIOD | WAGE YTD .00 | M/S S | EX 01 | ADD'L TAX .00 | TAX YTD .00 |
|---|---|---|---|---|---|---|

| FICA TAXES | WAGE PERIOD .00 | SOC WAGE YTD .00 | SOC TAX YTD .00 | MED WAGE YTD .00 | MED TAX YTD .00 |
|---|---|---|---|---|---|

| STATE TAXES | ST FL | WAGE PERIOD .00 | WAGE YTD .00 | M/S S | EX 00 | TAX YTD .00 |
|---|---|---|---|---|---|---|

| PAY DATA | BAQ TYPE | BAQ DEPN | VHA ZIP | RENT AMT .00 | SHARE 0 | STAT | JFTR | DEPNS 0 | 2D JFTR | BAS TYPE | CHARITY YTD .00 | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Thrift Savings Plan (TSP) | BASE PAY RATE 0% | BASE PAY CURRENT | SPEC PAY RATE 0% | SPEC PAY CURRENT | INC PAY RATE 0% | INC PAY CURRENT | BONUS PAY RATE 0% | BONUS PAY CURRENT |
|---|---|---|---|---|---|---|---|---|
| | | | TSP YTD DEDUCTIONS .00 | DEFERRED .00 | EXEMPT .00 | | | |

**REMARKS**   YTD ENTITLE  .00    YTD DEDUCT  .00

-GET YOUR W2 ONLINE AT HTTPS://MYPAY.DFAS.MIL
-YOUR 2003 FEDERAL AND STATE INCOME TAXES ARE
DUE! FOR FREE TAX ASSISTANCE AND ELECTRONIC
FILING, SEE YOUR INSTALLATION TAX ASSISTANCE
CTR OR SUPPORTING LEGAL ASSISTANCE OFFICE.
-TRICARE DENTAL PROGRAM ANNUAL PREMIUM RATES
INCREASED JAN 04. FOR INFORMATION SEE THE
UNITED CONCORDIA WEBSITE AT WWW.UCCI.COM OR
CONTACT UCCI CUSTOMER SERVICE.
-AAFES DEPLOYS WITH YOU...CHECK OUT WWW.
AAFES.COM FOR MILITARY FRIENDLY FEATURES.
-2004 PRESIDENTIAL/STATE PRIMARIES IN
FEBRUARY: AZ,DE,MO,OK,SC,TN,VA,WI,PR. SEE
YOUR VOTING ASSISTANCE OFFICER OR VISIT
WWW.FVAP.GOV.

STATUS DETERMIN HLDPAY BAL           $.00
MIL PAY/ALLOW DEBT BAL           $1608.82
TOTAL INDEBTEDNESS          $309.72(022)

DFAS Form 702, Jan 02                                   www.dfas.mil

BY ORDER OF THE
SECRETARY OF THE AIR FORCE

AIR FORCE INSTRUCTION 36-2107

22 APRIL 2005

Personnel

ACTIVE DUTY SERVICE
COMMITMENTS (ADSC)



**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

NOTICE:   This publication is available digitally on the AFDPO WWW site at:
**http://www.e-publishing.af.mil.**

OPR:  HQ AFPC/DPFFCA
   (SMSgt Bonnie C. Taylor)
Supersedes  AFI 36-2107, 15 Oct 2001.

Certified by: HQ AFPC/DFF
(Col Roger T. Corbin)
Pages: 58
Distribution: F

This instruction tells how to compute active duty service commitments (ADSCs) for Air Force military personnel. It applies to all active duty members including officers with a Reserve commission and enlisted members of the Reserves serving on active duty and administered by the active component. Otherwise, it does not apply to Air National Guard or US Air Force Reserve units and members. Major commands or subordinate units do not have the authority to supplement this instruction. It implements Air Force Policy Directive 36-21, 1 April 1998; Department of Defense Instruction (DoDI) 6000.13., *Medical Manpower and Personnel*, 30 June 1997; DoDD 1322.6, *Fellowships, Scholarships, and Grants for DoD Personnel*, 24 February 1997; and DoDD 1322.10., *Policies on Graduate Education for Military Officers*, 31 August 1990.

This instruction directs the collection of information protected by the Privacy Act of 1974. The authorities to collect the prescribed records in this instruction are Title 10, U.S.C., Section 8013, and Executive Order 9397. The Privacy Act Statement appears on the forms. System of Records Notices F036 AF PC Q, *Personnel Data Systems*, and F036 AF PC C, *Military Personnel Records System*, apply. Maintain and dispose of all records created as a result of prescribed processes in accordance with AFMAN 37-139, *Records Disposition Schedule*.

This version of AFI 36-2107 applies to members who accept an ADSC on or after 1 June 2000.

*SUMMARY OF REVISIONS*

This change incorporates Interim Change (IC) 2005-1 (**Attachment 4**). Changes the Air Battle Manager (ABM) ground school course from a 6-year ADSC to a 3-year ADSC (**Table 1.1.**, rule 13). Adds rules to clarify ADSCs for the AWACS Air Weapons Officer Initial Qualification Training Course; E-8 ABM Qualification Training Course; and Advanced Flying Training for ABMs (**Table 1.1.**, rules 14, 15, 16, and note 14). Adds note to eliminate the requirement to document Advance Flying Training for pilot and navigator initial accessions (**Table 1.1.**, rule 16, note 1d). Replaces Operation Bootstrap with Air Force Educational Leave of Absence (AFELA) (**Table 1.1.**, rule 23). Defines the Air Force Educational Leave of

## Chapter 1

## PROGRAM ELEMENTS

**1.1. ADSCs (General).** ADSCs fulfill two very important functions. They assure the Air Force and the taxpayers receive an appropriate return for their investment in training and education. This includes training not provided by the Air Force. Law establishes some ADSCs; policy establishes others. ADSCs also communicate to Air Force members the periods of obligated service they must complete before becoming eligible to separate or retire from active duty.

> 1.1.1. The Air Force establishes ADSCs for all active duty members who participate in ADSC-incurring events. As such, it is imperative that ADSCs and associated policies in this instruction be clearly communicated by responsible officials and fully understood by Air Force members.
>
> 1.1.2. Officers in the grades of colonel and below and all enlisted personnel incur ADSCs when they complete all or a portion of ADSC-incurring events.
>
> 1.1.3. Members usually serve new ADSCs concurrently with existing ADSCs. However, members serve ADSCs for Funded Legal Education Program/Excess Leave Program (FLEP/ELP) (**Table 1.1.**), Educational Leave of Absence (ELA) program (**Table 1.1.**) and health professions officer education/training (**Table 1.2**) after fulfilling all previously existing ADSCs.
>
> 1.1.4. An ADSC does not establish a date of separation.
>
>> 1.1.4.1. Enlisted personnel serve on active duty in accordance with their enlistment contracts.
>>
>> 1.1.4.2. Officers usually serve indefinite active duty tours by appointment of the President and must request release or discharge from their appointment from the Secretary of the Air Force. Needs of the Air Force may require continued service beyond an ADSC.
>
> 1.1.5. Time spent in an excess leave status does not count toward fulfilling ADSCs.
>
> 1.1.6. An ADSC is not affected by a change in member_s duty AFSC.

**1.2. ADSC-Incurring events. Table 1.1.** identifies ADSC-incurring events.

## Chapter 4

## EXTENSIONS OF ENLISTMENT

**4.1. Extension Approval Authority.** HQ AFPC/ DPPAER reserves authority to approve extensions of enlistment under certain conditions specified in **Table 4.1.**. Otherwise, base-level officials resolve all requests for extensions and extension cancellation.

4.1.1. MPF Chiefs or their designated representatives may approve or disapprove extension or extension cancellation requests (AF Form 1411, **Extension or Cancellation of Extensions of Enlistment in the Regular Air Force/Air Force Reserve**). Designated representatives must be assigned to the MPFs or GSU personnel functions, and possess the grade of TSgt, GS-6, or higher.

4.1.2. For the purposes of mobility deployment, readiness exercises, etc., personnel specified in paragraph **4.1.1.** will review extensions executed during the period of the exercise for the sole purpose of the exercise. If deployment occurs, MPFs update these extensions in PDS and distribute the forms according to **Table 3.9**. If deployment doesn't occur, MPFs destroy the AF Forms 1411 at the end of the exercise.

**4.2. Extension Limitations:**

4.2.1. MPFs will limit extensions to the minimum number of months needed to achieve their purpose. Airmen extend in whole month periods only. When enlistments or reenlistments begin on the first day of a month, the extended DOS is always the last day of the month. For example, if an airman's date of enlistment is 1 May, and the DOS is 30 April, then a 1-month extension would result in a 31 May DOS.

4.2.2. First-term airmen can't extend for more than a total of 23 months. Second-term and career airmen can't extend their current enlistments for more than a total of 48 months. Otherwise, there is no limit to the number of valid extensions.

4.2.3. Refer to paragraph **4.12.** for information on HYT, or age 55 extension restrictions.

4.2.4. MPFs will not authorize airmen to cancel previously approved extensions for the purpose of combining them with additional extensions, or to enhance SRB entitlements.

**4.3. Extensions for Lengthy-Service Airmen.** **Attachment 1**, Section C, contains the definition of lengthy-service airmen. Refer to Title 10, U.S.C., Section 1176(a) for background information.

4.3.1. The extension approval authorities specified in paragraph **4.1.** will not deny extensions requested by lengthy-service airmen, if the extension period will not exceed 20 years, 1 month of TAFMS, and the airmen are otherwise eligible for the extension. This restriction applies even if the requested DOS will not permit the airmen to complete 20 years' TAFMS. (For example, if a lengthy-service airman will complete 18 years, 6 months on DOS, and requests a 2-month extension to complete Phase I of the Weight Program, approval authorities cannot deny the extension request.)

4.3.2. Unit commanders may not request extension cancellation if the affected airmen are lengthy-service airmen (refer to paragraph **3.11.1.**). MPFs will return requests to unit commanders without taking further action.



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS AIR FORCE PERSONNEL CENTER
RANDOLPH AIR FORCE BASE TEXAS



19 May 06

HQ AFPC/DPSOMP
550 C Street West Suite 19
Randolph AFB TX 78150

Mr Marcus L Williams
1300 N Warehouse Rd
Fort Leavenworth KS 66027-2304

Dear Mr. Williams

    We are responding to your request for a copy of your Master Personnel Record.

    We are supplying you with the documents requested. Please note, this is a true copy of your Master Personnel Record. Please safeguard it for future use. Other personnel's personal information (social security number, address, etc) has been deleted to protect their privacy, as this information does not pertain to your request, in accordance with Air Force Instruction 33-332, Chapter 4, paragraph 4.4.3.

    If you have any question, please feel free to contact us at (210) 565-2450.

                                       Sincerely

                                       LARRY NOGGLE, DAFC
                                     Record Service Technician
                                     Directorate of Personnel Services

Attachment:
Record

*America's Air Force -- No One Comes Close*

## EXTENSION OR CANCELLATION OF EXTENSIONS OF ENLISTMENT IN THE REGULAR AIR FORCE/AIR FORCE RESERVE

AUTHORITY: 10 U.S.C 501 through 520a; 8013; 44 U.S.C 3103.
PRINCIPAL PURPOSES: Documents approved or disapproved requests for extensions or cancellation of extension. Used to decide pay and allowance entitlements for the extension period.
ROUTINE USES: None
DISCLOSURE IS VOLUNTARY: However, if the information is not provided, the extension or cancellation may not be processed.

### I. IDENTIFICATION DATA

| NAME (Last, First, MI) | GRADE | SSN | UNIT OF ASSIGNMENT |
|---|---|---|---|
| WILLIAMS MARCUS L | SSG | 265737113 | 42 LG |

### II. REQUEST FOR EXTENSION

I hereby request that my current enlistment that I entered on (1) __970130__ for a period of (2) __4__ years, be extended a period of (3) __10__ months for the purpose of (4) __BEST INTEREST OF THE AIR FORCE__

Authority for this request is AFI 36-2606, Table 4.1, Rule (5) __288__ (for Regular Air Force members) or AFI 36-2612, Paragraph _____ (for Air Force Reserve members). THIS FORM IS NOT USED TO EXTEND ACTIVE DUTY TOURS OF AIR FORCE RESERVE MEMBERS ON ACTIVE DUTY. This is the (6) __2nd__ extension to my current enlistment. All extensions to my current enlistment (including this extension) now total (7) __11__ months.

| DATE | NAME (First, Middle Initial, Last) | SIGNATURE |
|---|---|---|
| 28 Feb 01 | MARCUS L WILLIAMS | /s/ Marcus L Williams |

### III. AUTHENTICATION

SUBSCRIBED AND SWORN/AFFIRMED BEFORE ME THIS __27__ DAY OF __Feb__ __2001__.

| TYPED NAME AND GRADE OF COMMISSIONED OFFICER(8) | SIGNATURE |
|---|---|
| RONALD G. BRANSFORD, Major, USAF | /s/ |

### IV. UNIT COMMANDER/NCO DETACHMENT CHIEF ACTION (Initial or 'X' appropriate item)

[X] RECOMMEND APPROVAL. By recommending approval of this extension, I certify (at this time) that the airman is qualified and recommended for reenlistment (includes airman not yet considered under the Selective Reenlistment Program (SRP).).

[ ] RECOMMEND APPROVAL. (For reenlistment ineligible airmen.) This member is ineligible for reenlistment due to one or more of the reasons contained in AFI 36-2606, Table 3.2, 2.2, or 3.4. By recommending approval, I understand that this extension must comply with the restrictions of AFI 36-2606, Chapters 4.

[ ] RECOMMEND DISAPPROVAL. (Enter reasons for the recommendations in 'Remarks' or attach appropriate documentation.)

| DATE | TYPED NAME/GRADE OF UNIT CMDR/NCO DET CHIEF | SIGNATURE |
|---|---|---|
| 27 Feb 01 | RONALD G. BRANSFORD, Major, USAF | /s/ |

### V. MILITARY PERSONNEL FLIGHT ACTION

STATEMENTS SUBMITTED BY THE MEMBER AND RECORDED ABOVE HAVE BEEN VERIFIED FROM MEMBER'S UPRG/BLMPS

Request is [X] APPROVED [ ] DISAPPROVED (Enter reasons for disapproval in 'Remarks') Member's DOS of (9) __010228__ is hereby extended to (10) __011228__. Authority is AFI 36-2606, Table 4-1, Rule (11) __28__ for Regular Air Force members or, AFI 36-2612, Paragraph _____ for Air Force Reserve members. Reenlistment Eligibility Status Code is (12) __1J__.

FOR SECOND TERM AND CAREER AIRMEN

| TAFMSD | HIGH YEAR OF TENURE DATE |
|---|---|
| 930202 | 1302 |

| DATE | TYPED NAME/GRADE OF APPROVAL AUTHORITY (13) | SIGNATURE |
|---|---|---|
| 28 Feb 01 | TERESA A BENNETT/ TSGT | /s/ Teresa A Bennett |

### VI. REQUEST FOR CANCELLATION

MEMBER'S REQUEST: I hereby request that my extension of enlistment that was approved on (14) _____ for a period of (15) _____ months be cancelled because (16) _____

| DATE | TYPED NAME/GRADE OF MEMBER | SIGNATURE |
|---|---|---|
| | | |

UNIT COMMANDER'S/NCO DET CHIEF'S REQUEST: I hereby request cancellation of the member's extension which was approved on (17) _____ for a period of (18) _____ months for the purpose of (19) _____. The reason for which this extension was executed has been cancelled and the member is ineligible to reenlist according to AFI 36-2606, Table 3.2 or 3.4 (Attach any documentation which supports cancellation request.).

| DATE | TYPED NAME/GRADE OF UNIT CMDR/NCO DET CHIEF(20) | SIGNATURE |
|---|---|---|
| | | |

### VII. APPROVAL OF REQUEST FOR CANCELLATION

MPF ACTION (for member's request): Request is [ ] APPROVED [ ] DISAPPROVED (Enter reasons for disapproval in 'Remarks' or attach appropriate documentation) Member's current date of separation (DOS) of (21) _____ is changed to (22) _____. Authority is AFI 36-2606, Paragraph (23) _____ for Regular Air Force members or AFI 36-2612, Paragraph _____ for Air Force Reserve members.

| DATE | TYPED NAME/GRADE OF APPROVAL AUTHORITY (24) | SIGNATURE |
|---|---|---|
| | | |

CHIEF, MIL PERS FLT ACTION (For unit CC/NCO Det request): Request is [ ] APPROVED [ ] DISAPPROVED (Enter reasons for disapproval in 'Remarks' or attach appropriate documentation). Member's current DOS of (25) _____ is changed to (26) _____. Authority is AFI 36-2606, Paragraph (27) _____ for Regular Air Force members or AFI 36-2612, Paragraph _____ for Air Force Reserves.

| DATE | TYPED NAME/GRADE OF APPROVAL AUTHORITY (28) | SIGNATURE |
|---|---|---|
| | | |

AF Form 1411, JUN 95            PREVIOUS EDITIONS ARE OBSOLETE            (Computer Generated)

## CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury that on this 8th day of June, 2006, I caused to be placed in the prison mail via United States Postal Service (Certified Postage, First Class), a copy of my Motion for Leave of Court to File an Amended Complaint, served on the Defendant's attorney of record at the following address:

KEVIN K. ROBITAILLE  
Special Assistant U.S. Attorney  
Civil Division  
555 Fourth St., N.W.  
Washington DC 20530

*/s/ Marcus L. Williams*  
MARCUS L. WILLIAMS  
Box# 77423  
1300 N. Warehouse Rd  
Fort Leavenworth KS 66027-2304