UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCUS L. WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-508 (RCL) |
| ) | |
| **DEPARTMENT OF THE AIR FORCE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of plaintiff's motion [8] for leave of court to file an amended complaint, the applicable law and the entire record herein, it is hereby

ORDERED that plaintiff's motion [8] is GRANTED; it is further

ORDERED that plaintiff's amended complaint [8] shall be deemed filed this date; and it is further

ORDERED that defendant's response shall be due on June 26, 2006, the time originally granted to defendant to answer original complaint, unless further extended upon motion.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on June 19, 2006.