IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCUS L. WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0508 (RCL) |
| ) | |
| **DEPARTMENT OF THE AIR FORCE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss and the opposition thereto, and the Court having considered the entire record herein, it is, this ____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

Dated this _____ day of _____, 2006.

_____
Royce C. Lamberth
United States District Judge

Copies to:
MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Road
Fort Leavenworth, KS 66027-2304,

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney

Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780