IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARCUS L. WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0508 (RCL) |
| ) | |
| **DEPARTMENT OF THE AIR FORCE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff pro se prisoner brings this case challenging the United State Air Force decision to administratively extend plaintiff's term of service while Plaintiff awaited trial on pending Court-Martial charges. Defendant respectfully moves this Court for a thirty (30) day enlargement of time through and including June 26, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is presently due May, 26, 2006.

2. Defendant has been diligently working on this matter and has compiled an administrative Record regarding Plaintiff's Court-Martial. Defendant needs additional time to review the issues presented in the complaint, including what effect, if any, a recent decision by the Court of Federal Claims in a case filed by petitioner regarding substantially the same allegations has on this case.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4.  This is the first enlargement of time sought in this matter.

5. Because Plaintiff is a *pro se* prisoner, Local Rule 7(m) does not apply and the undersigned did not attempt to confer with Plaintiff regarding this motion.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

                                              Respectfully submitted,


_____/s_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____/s_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Road
Fort Leavenworth, KS 66027-2304,

on this _____ day of April, 2006.

                _____/s/_____
                KEVIN K. ROBITAILLE
                Special Assistant U.S. Attorney
                Civil Division
                555 Fourth St., N.W.
                Washington, D.C.  20530
                202-353-9895  / FAX 202-514-8780