## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **MARCUS L. WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:06CV00508** |
| | ) | |
| **DEPARTMENT OF THE AIR FORCE** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ERRATA

COMES NOW Defendant, through undersigned counsel, to respectfully notify Plaintiff and the Court that defendant mistakenly filed the wrong document when filing its Motion for extension of time. The attached motion should have been filed. This mistaken was waused by the similar names of the files. Defendant apologizes for any inconveniences.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARCUS L. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0508 (RCL) |
| | ) | |
| DEPARTMENT OF THE AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO REPLY

Plaintiff pro se prisoner brings this case challenging the United States Air Force decision to administratively extend plaintiff's term of service while Plaintiff awaited trial on pending Court-Martial charges.  Defendant respectfully moves this Court for a ten (10) day enlargement of time through and including July 20, 2006, within which to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.  Good cause exists to grant this motion:

1. Defendant's reply is presently due July 10, 2006.

2. Although mailed on 29 June 2006, Defendant received the opposition on July 3rd electronically and by mail on July 5th.  Defendant needs additional time to review the issues presented in the opposition and file its reply.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4.  This is the first enlargement of time sought regarding this reply.

5. Because Plaintiff is a *pro se* prisoner, Local Rule 7(m) does not apply and the undersigned did not attempt to confer with Plaintiff regarding this motion.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of

Time Within Which to File its Reply.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____              KENNETH L.
WAINSTEIN, D.C.  Bar #451058
                        United States Attorney

_____/s/_____
                        RUDOLPH CONTRERAS D.C. Bar No.  434122
                        Assistant United States Attorney

_____/s/_____
                        KEVIN K. ROBITAILLE
                        Special Assistant U.S.  Attorney
                        555 Fourth Street, N.W., 10th Floor
                        Washington, D.C.  20530
                        (202) 353-9895

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Errata was served by First-Class mail;

postage prepaid to:

MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Road
Fort Leavenworth, KS 66027-2304,

on this 20th day of July, 2006.


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780