CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Reply to Plaintiff's Opposition to

Defendant's Motion to Dismiss was served by First-Class mail; postage prepaid to:

MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Road
Fort Leavenworth, KS 66027-2304,

on this 20th day of July, 2006.


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780