# EXHIBIT A

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### Privacy Act Statement

**AUTHORITY:** 5 USC 3331; 32 USC 708; 44 USC 708 and 3101. 10 USC 133, 265, 275, 504, 508, 510, 591, 672(d); 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification

**ROUTINE USES:** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

## A. ENLISTEE / REENLISTEE IDENTIFICATION DATA

| | |
|---|---|
| **1. NAME** (Last, First, Middle)<br>WILLIAMS MARCUS LONNIE | **2. SOCIAL SECURITY NUMBER**<br>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 |
| **3. HOME OF RECORD** (Street, City, State, ZIP Code)<br>3738 MCMILLIAN AVE<br>JACKSONVILLE      FL  32208-0000 | **4. PLACE OF ENLISTMENT / REENLISTMENT** (Mil. Installation, City, State)<br>JACKSONVILLE MEPS,<br>JACKSONVILLE, FL 32207-7299 |

| **5. DATE OF ENLISTMENT/ REENLISTMENT** (YYMMDD) | **6. DATE OF BIRTH** (YYMMDD) | **7. PREV MIL SVC UPON ENL/REENLIST** | **YEARS** | **MONTHS** | **DAYS** |
|---|---|---|---|---|---|
| 92 SEP 21 | 72 MAY 30 | a. Total Active Military Service | | | |
| | | b. Total Inactive Military Service | | | |

## B. AGREEMENTS

8. I am enlisting/reenlisting in the United States (list branch of service) **AIR FORCE RESERVE** _____ this date for _____ **8** _____ years and _____ weeks beginning in pay grade **E-1**. The additional details of my enlistment / reenlistment are in Section C and Annex(es) **C** _____

**a. FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):**

I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by (list date (YYMMDD)) **0545 93 SEP 20** for enlistment in the Regular component of the United States (list branch of service) **AIR FORCE** for not less than **4** years and **0** weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

b. **Remarks:** (If none, so state.)      NONE

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**

(Initials of Enlistee/Reenlistee) _MLW_ .                    (Continued on reverse side.)

**DD Form 4/1, MAY 88**          Previous editions may be used.          2099/146

### ► PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS ◄

**9. FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces **REGARDLESS** of the provisions of this enlistment / reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

**10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

a. **FOR ALL ENLISTEES:** If this is my initial enlistment, I must serve a total of eight (8) years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of the Selected Reserve.

**11. FOR ENLISTEES / REENLISTEES IN THE NAVY, MARINE CORPS, OR COAST GUARD:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** Completion of this form constitutes registration with the Selective Service System in accordance with the Military Selective Service Act. Incident thereto the Department of Defense may transmit my name, permanent address, military address, Social Security Number, and birthdate to the Selective Service System for recording as evidence of the registration.

**DD Form 4/1 Reverse, MAY 88**

| NAME OF ENLISTEE / REENLISTEE (Last, First, Middle) | SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE |
|---|---|
| WILLIAMS MARCUS LONNIE | 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 |

## D. CERTIFICATION AND ACCEPTANCE

**13a.**   My acceptance for enlistment is based on the information I have given in my application for enlistment.  If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT.  ANY QUESTIONS I HAD WERE  EXPLAINED TO MY SATISFACTION.  I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN  SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE  HONORED.  ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: (If none, X "NONE" and initial.)          ☒ NONE *MLW* (Initials of enlistee/reenlistee)

| b. SIGNATURE OF ENLISTEE / REENLISTEE | c. DATE SIGNED (YYMMDD) |
|---|---|
| *Marcus Lonnie Williams* | 92 SEP 24 |

**14. SERVICE REPRESENTATIVE CERTIFICATION**

a. On behalf of the United States (list branch of service) _____ AIR FORCE _____,
I accept this applicant for enlistment.  I have witnessed the signature in item 13b to this document.   I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| WILLIAMS WILLIE L | E- 7 | 3536 USAF RECRUITING SQ ATC |
| e. SIGNATURE | f. DATE SIGNED (YYMMDD) | g. UNIT / COMMAND ADDRESS (City, State, ZIP Code) |
|  | 92 SEP 24 | MOODY AFB  GA  31699 |

## E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**
I, MARCUS LONNIE WILLIAMS _____ , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice.  So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**
I, _____ , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of _____ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same;  and that I will obey the orders of the President of the United States and the Governor of _____ and the orders of the officers appointed over me, according to law and regulations.  So help me God

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**
I do hereby acknowledge to have voluntarily enlisted / reenlisted this _____ day of _____ 19 _____ in the _____ National Guard and as a Reserve of the United States  (list branch of service) _____ with membership in the _____ National Guard of the United States for a period of _____ years, _____ months, _____ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| 18a. SIGNATURE OF ENLISTEE / REENLISTEE | b. DATE SIGNED (YYMMDD) |
|---|---|
| *Marcus Lonnie Williams* | 92 SEP 24 |

**19. ENLISTMENT / REENLISTMENT OFFICER CERTIFICATION**
a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| STEEN S C | O-4 | JACKSONVILLE MEPS, |
| e. SIGNATURE | f. DATE SIGNED (YYMMDD) | g. UNIT / COMMAND ADDRESS (City, State, ZIP Code) |
| *S.C. Steen* | 92 SEP 24 | JACKSONVILLE, FL 32207-7299 |

**DD Form 4/2, MAY 88**          Previous editions may be used.

| NAME OF ENLISTEE / REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE |
|---|---|
| WILLIAMS MARCUS LONNIE | 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 |

## F. DISCHARGE FROM DELAYED ENTRY / ENLISTMENT PROGRAM

**20a.** I request to be discharged from the Delayed Entry/Enlistment Program (DEP) and enlisted in the Regular Component of the United States *(list branch of service)* _____ AIR FORCE _____ for a period of

_____ 4 _____ years and _____ 00 _____ weeks  No changes have been made to my enlistment options **OR** if changes were made they are recorded on Annex(es) _____ A _____

_____ which replace(s) Annex(es) _____ C _____ .

| b. SIGNATURE OF DELAYED ENTRY / ENLISTMENT PROGRAM ENLISTEE | c. DATE SIGNED *(YYMMDD)* |
|---|---|
| *Marcus Lonnie Williams* | 93 FEB 02 |

## G. APPROVAL AND ACCEPTANCE BY SERVICE REPRESENTATIVE

**21. SERVICE REPRESENTATIVE CERTIFICATION**

a. This enlistee is discharged from the Reserve Component shown in item 8 and is accepted for enlistment in the Regular Component of the United States *(list branch of service)* _____ AIR FORCE _____ in pay grade _____ E-1 _____ .

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| WILLIAMS WILLIE L | E-7 | 3536 USAF RECRUITING SQ |
| e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* | g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)* |
| | 93 FEB 02 | MOODY AFB GA 31699-5000 |

## H. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**22a. IN A REGULAR COMPONENT OF THE ARMED FORCES:**

I, _____ MARCUS LONNIE WILLIAMS _____ do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice.  So help me God.

| b. SIGNATURE OF ENLISTEE / REENLISTEE | c. DATE SIGNED *(YYMMDD)* |
|---|---|
| *Marcus Lonnie Williams* | 93 FEB 02 |

**23. ENLISTMENT OFFICER CERTIFICATION**

a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| ESKINS C J | O-2 | JACKSONVILLE MEPS |
| e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* | g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)* |
| | 93 FEB 02 | JACKSONVILLE FL 32207-7299 |

DD Form 4/3, MAY 88        *Previous editions may be used.*

# **EXHIBIT B**

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### Privacy Act Statement

**AUTHORITY:**  5 USC 3331; 32 USC 708; 44 USC 708 and 3101; 10 USC 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSES:**  To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USES:**  This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:**  Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

### A. ENLISTEE / REENLISTEE IDENTIFICATION DATA

| 1. NAME (Last, First, Middle) | 2. SOCIAL SECURITY NUMBER |
|---|---|
| WILLIAMS MARCUS LONNIE | 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 |

| 3. HOME OF RECORD (Street, City, State, ZIP Code) | 4. PLACE OF ENLISTMENT/REENLISTMENT (Mil. Installation, City, State) |
|---|---|
| JACKSONVILLE FL   32208 | SPANGDAHLEM AB, GE |

| 5. DATE OF ENLISTMENT/REENLISTMENT (YYMMDD) | 6. DATE OF BIRTH (YYMMDD) | 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 970130 | 720530 | a. Total Active Military Service | 03 | 11 | 28 |
| | | b. Total Inactive Military Service | 00 | 03 | 11 |

### B. AGREEMENTS

8. I am enlisting /reenlisting in the United States (list branch of service) _____ AIR FORCE _____ _____ this date for 4 min / _____ years and _____ weeks beginning in pay grade __ E-4 __. The additional details of my enlistment / reenlistment are in Section C and Annex(es) _____ AF FORM 901 (ATTACHED) _____

**a. FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):**

I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by (list date (YYMMDD)) _____ for enlistment in the Regular component of the United States (list branch of service) _____ for not less than _____ years and _____ weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is **NOT** creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

b. Remarks: (If none, so state.)

NONE.

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**

(Initials of Enlistee/Reenlistee) _MLW_ .                                    (Continued on reverse side.)

**DD Form 4/1, MAY 88**            Previous editions may be used.                              2099/146

## C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

**9. FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces **REGARDLESS** of the provisions of this enlistment / reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

**10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

a. **FOR ALL ENLISTEES:** If this is my initial enlistment, I must serve a total of eight (8) years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of the Selected Reserve.

**11. FOR ENLISTEES / REENLISTEES IN THE NAVY, MARINE CORPS, OR COAST GUARD:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** Completion of this form constitutes registration with the Selective Service System in accordance with the Military Selective Service Act. Incident thereto the Department of Defense may transmit my name, permanent address, military address, Social Security Number, and birthdate to the Selective Service System for recording as evidence of the registration.

| NAME OF ENLISTEE / REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE |
|---|---|
| WILLIAMS MARCUS LONNIE | 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 |

## D. CERTIFICATION AND ACCEPTANCE

**13a.** My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: *(If none, X "NONE" and initial.)*  [X] NONE _MLW_ *(Initials of enlistee/reenlistee)*

| b. SIGNATURE OF ENLISTEE / REENLISTEE | c. DATE SIGNED *(YYMMDD)* |
|---|---|
| *Marcus L Williams* | 970129 |

**14. SERVICE REPRESENTATIVE CERTIFICATION**
a. On behalf of the United States *(list branch of service)* __AIR FORCE__ ,
I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| HORN CHRISTINA R | E-3 | 52 MSS/USAFE |
| e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* | g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)* |
| *Christina R Horn* | 970129 | APO AE 09126 |

## E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**
I, __MARCUS LONNIE WILLIAMS__ , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**
I, _____ , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of _____ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of _____ and the orders of the officers appointed over me, according to law and regulations. So help me God.

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**
I do hereby acknowledge to have voluntarily enlisted / reenlisted this _____ day of _____
19 _____ in the _____ National Guard and as a Reserve of the United
States *(list branch of service)* _____ with membership in the
_____ National Guard of the United States for a period of _____ years, _____ months,
_____ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| 18a. SIGNATURE OF ENLISTEE / REENLISTEE | b. DATE SIGNED *(YYMMDD)* |
|---|---|
| *Marcus L Williams* | 970130 |

**19. ENLISTMENT / REENLISTMENT OFFICER CERTIFICATION**
a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| BROARDT, GREGORY J. | O-3 | 52d SUPPLY SQ/USAFE |
| e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* | g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)* |
| *Gregory J Broardt* | 970130 | APO AE 09126 |

DD Form 4/2, MAY 88                    *Previous editions may be used.*

## REENLISTMENT ELIGIBILITY ANNEX TO DD FORM 4

### I. IDENTIFICATION DATA

| NAME (Last, First, Middle) | GRADE | SSN | CAFSC | APTITUDE SCORES | | | |
|---|---|---|---|---|---|---|---|
| | | | | ADMIN | ELECT | GEN | MECH |
| WILLIAMS MARCUS LONNIE | SRA | 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 | 2S031 | 60 | 41 | 41 | 38 |

### II. CBPO ACTION

#### A. RECORDS REVIEW

A review of member's Unit Personnel Record Group and the personnel data system did not reveal any data which would render the member ineligible for reenlistment.

#### B. REENLISTMENT WAIVER/EXCEPTION TO POLICY

| REASON FOR WAIVER/EXCEPTION TO POLICY | AUTHORITY FOR WAIVER/EXCEPTION TO POLICY |
|---|---|

| DATE | TYPED NAME AND GRADE OF CBPO REPRESENTATIVE | SIGNATURE OF CBPO REPRESENTATIVE |
|---|---|---|
| 15 Jan 97 | CHRISTINA R HORN, A1C, USAF | Christine R Horn |

### III. MEMBER ACTION

#### A. ACKNOWLEDGEMENT OF REENLISTMENT ELIGIBILITY

I acknowledge that I am not pending any military or civil court action (other than civil suit); not under investigation by military or civilian authorities; have not declined a PCS or TDY assignment, or have not refused training. I also am not aware of any medical condition or problem which would preclude my reassignment anywhere in the world.

#### B. DIRECT DEPOSIT OF PAY

I understand and acknowledge I must participate in the Direct Deposit of Pay Program unless I obtain a waiver of this requirement from my unit commander according to AFR 177-20.

#### C. REENLISTMENT GUARANTEE

Based on written documentation, the following reenlistment guarantee is noted. (Member initials appropriate block):

| | | |
|---|---|---|
| | Approved for retraining in AFSC _____ per AFR 39-4. | |
| | Approved for lateral retraining in AFSC _____ per AFR 39-4. | |
| | Approved for _____ training program that leads to an Air Force Commission. (AECP, OTS, ETC.) | |
| | Approved for an in-place base of preference (BOP) assignment according to AFR 39-11. | |
| | Approved for a BOP assignment to _____ according to AFR 39-11. | |
| MLW | No reenlistment guarantee made. | |

#### D. CERTIFICATION BY MEMBERS AUTHORIZED REENLISTMENT BONUS

I have been advised of, understand and agree to the conditions which may (1) terminate my continued entitlement to unpaid bonus installments and (2) cause a portion of advance bonus payments to be recouped or terminated. In the event any administrative action is initiated by me or the Air Force that could result in the need to recoup bonus payments, I consent to the withholding from current pay, final pay, or any other money due me to satisfy this indebtedness. I understand that there is no actual debt until my final separation from the Air Force; however, I consent to this withholding of pay in anticipation of the indebtedness for the unearned portion of my reenlistment bonus. I further consent to such withholding at a rate sufficient to satisfy this indebtedness no later than my requested or projected separation date, and understand that this could result in the withholding of 100% of any current pay, final pay, or other money due me. Such held pay shall be paid to me if it is later determined that recoupment is not required. I also understand I will be paid a zone _____, multiple _____ bonus based on _____ years and _____ months of continued service.

Member's initials: 

| DATE | TYPED NAME AND GRADE OF MEMBER | SIGNATURE OF MEMBER |
|---|---|---|
| 16 Jan 97 | MARCUS LONNIE WILLIAMS, SRA, USAF | Marcus L Williams |

### IV. UNIT COMMANDER/NCO DETACHMENT CHIEF ACTION

I certify I am not aware of any ineligibility conditions (such as investigation by military or civilian authorities, pending military or civil court charges, punishment under the UCMJ, exceeding weight standards, etc) which would render this airman ineligible for reenlistment.

| DATE | TYPED NAME AND GRADE OF COMMANDER/NCO DET CHIEF | SIGNATURE OF COMMANDER/NCO DET CHIEF |
|---|---|---|
| 16 JAN 97 | KRISTEN M. WELSH, 1LT, USAF | |

### V. DISCHARGE STATEMENT

The above named individual is honorably discharged from the United States Air Force effective 29 JAN 97 for the sole purpose of immediate reenlistment on 30 JAN 97. Authority: AFR 39-10.

| DATE | TYPED NAME AND GRADE OF CBPO AUTHENTICATING OFFICIAL | SIGNATURE OF CBPO OFFICIAL |
|---|---|---|
| 17 JAN 97 | STEVEN M HARRIS, MSGT, USAF | Steven M Harris |

AF Form 901, AUG 90    PREVIOUS EDITION IS OBSOLETE

COPY DISTRIBUTION: WHITE-MASTER PERSONNEL RECORDS; YELLOW-UPRG; GREEN-MEMBER; PINK-CBPO/DPMQA

# EXHIBIT C

1     MJ:    So it was just not to in essence withdraw your plea of guilty but then also the

2    added provisions then to enter a not guilty plea and then to make the government come back in

3    and prove its case. Do you understand all that?

4    ACC:  Yes, Your Honor.

5    MJ:    I just wanted to make sure that I covered the full and complete effect of that rule

6    with you yesterday. Very well, I'm prepared to announce findings in this case. Would the

7    accused and defense counsel please rise.

8                       **FINDINGS**

9           **Staff Sergeant Marcus L. Williams this court finds you of all charges and**

10           **specifications: Guilty**

11    MJ:    You may be seated. Sergeant Williams given my findings and also your

12    conditional plea of guilty yesterday, it is now necessary that we enter the sentencing phase of this

13    trial. You have the right to present matters in extenuation and mitigation. That is matters about

14    the offenses and yourself which you want me to consider in deciding your sentence. In addition

15    to testimony of witnesses and the offering of documentary evidence, you may yourself testify

16    under oath as to these matters or you may remain silent, in which case I will not draw any

17    adverse inverse from your silence. On the other hand, if you desire, *You may* to make an unsworn      *SAS*

18    statement. Because that statement is unsworn you cannot be cross-examined on it. However the

19    government may offer evidence to rebut any statement of fact contained in an unsworn

20    statement. An unsworn statement may be made orally, in writing, or both. It may be made by

21    you, by your counsel on your behalf, or by both you and your counsel.

1    MJ:    Do you understand all of these rights?

2    ACC:   Yes Your Honor.

3    MJ:    Counsel for both sides, we addressed this briefly yesterday with respect to

4    Sergeant Williams basic pay is the personal data on the front page of the charge sheet correct?

5    TC:    Your Honor, other than the pay, yes it is.

6    MJ:    I have the new January 2002 pay chart what I don't have is his total years of

7    service.  Sergeant Williams total ~~year~~ years of service.

8    TC:    Your Honor, his total years of service are eight years and ten or eleven months.

9    MJ:    Over eight years?

10   TC:    Yes, Ma'am.

11   MJ:    Based on the January 2002 pay chart by my calculations, block seven of the ~~chart~~ charge

12   sheet should reflect his current basic pay being $2030.10 per month.  Both counsel concur?

13   TC:    Yes, Your Honor.

14   CD:    Yes, Your Honor.

15   MJ:    Very well.  ~~Council~~ Counsel if you would make that necessary pen and ink change to both

16   blocks 7(a) and 7(c) to reflect that.  Other than that is the personal data on the front page of the

17   charge sheet correct?

18   TC:    Yes, Your Honor.

19   MJ:    I'm looking at block nine with respect to pretrial confinement.  As of today I

20   believe we're at or as of the close of yesterday we're at 222 days of pretrial confinement credit.

21   Is that correct?

307

# **EXHIBIT D**

## PERSONAL DATA SHEET

DATE PREPARED: 10 JAN 2002

NAME OF ACCUSED: MARCUS L. WILLIAMS

ORGANIZATION: 42 SUPPLY SQUADRON

SSAN: 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

PAY GRADE: E-5                               DATE OF BIRTH: 30 MAY 1972

TAFMSD: 2 FEB 93                             LENGTH OF SERVICE: 8 YRS 11 MOS

AFSC: 2S051

MILITARY TEST SCORES:   ADMIN – 60   ELEC – 57   GEN – 48   MECH - 66

BASIC PAY: $2,030.10

FOREIGN DUTY PAY: NONE

INITIAL DATE OF CURRENT SERVICE: 30 JAN 97

TERM OF CURRENT SERVICE: 4 years

PRIOR SERVICE: N/A

FOREIGN SERVICE: NONE

COMBAT SERVICE: NONE

NATURE OF PRETRIAL RESTRAINT: PRETRIAL CONFINEMENT

MARITAL STATUS: SINGLE                      NO. OF DEPENDENTS: 0

NO. OF PREVIOUS CONVICTIONS: NONE

NO. OF PREVIOUS ARTICLE 15 ACTIONS: 1

### AWARDS AND DECORATIONS:                    DEVICES:

| | |
|---|---|
| Air Force Achievement Medal | 01 |
| Air Force Outstanding Unit Award | 03 |
| Air Force Good Conduct Medal | 01 |
| National Defense Service Medal | |
| Air Force Overseas Short Tour Ribbon | |
| Air Force Overseas Long Tour Ribbon | |
| Air Force Longevity Service Award | 01 |
| Air Force Training Ribbon | |
| NCO Professional Military Graduate Ribbon | |

Prosecution Ex 22 For Identification
Offered 34A Accepted/Rejected 34A

Page 1 of 1 pages.

# **EXHIBIT E**

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS AIR FORCE SECURITY FORCE CENTER
FORT LEAVENWORTH, DETACHMENT 1

18 Nov 02

MEMORANDUM FOR INMATE WILLIAMS, Reg.# 77423

FROM: Air Force Liaison

SUBJECT: Debt Information

1. You were paid for the full month of January 02 causing a debt on your record in the amount of 1971.08. Your ETS is December 01. You should have never received any pay for the month of January. The Air Force does not extend your ETS when placed in confinement. Bottom line you are responsible for paying the debt on your record.

2. Please follow the directions below to receipt for this Memo.

3. I am considering this matter closed.

B. THOMAS, SSgt, USAF
Air Force Liaison

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SEPARATE ON THE LINE ABOVE**

**NOTE: Please reply by detaching the receipt and returning it to the USAF Liaison Office within five days of receipt.**

I acknowledge receipt and understanding of the above MFR, Debt Information., sent by SSgt Thomas.

Name _____          Reg. # _____

Signature _____          Date _____

# **EXHIBIT F**

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARCUS L. WILLIAMS,  )
)
        Plaintiff,  )
)
v.  )       No. 05-1123C
)       (Judge Lettow)
THE UNITED STATES,  )
)
        Defendant.  )

### DEFENDANT'S STATEMENT OF FACTS

Defendant, the United States, respectfully submits its Statement of Facts as required by Rule 56.1(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC").

1.      Marcus L. Williams enlisted in the United States Air Force ("Air Force") on February 2, 1993 for a period of four years. He reenlisted in the Air Force on January 30, 1997, which established an Expiration Term of Service ("ETS") date of February 28, 2001. Compl. ¶ 5.[1]

2.      Mr. Williams subsequently requested an extension of his enlistment, which was approved through December 28, 2001. This extension established a new ETS of December 29, 2001. Compl. ¶ 5-6. See Compl. Ex. A.

3.      Mr. Williams was absent without leave from May 7, 2001 until apprehended on June 2, 2001. Mr. Williams was then placed in pretrial confinement. AR 19.

4.      On September 20, 2001, court-martial charges were preferred against Mr. Williams. AR 1. He was charged with the following offenses:

      a.      Unlawful entry of the dwelling (housebreaking) of Staff Sergeant Linnea

---

[1] "Compl.__" refers to the complaint filed with the Court on October 18, 2005; "Compl. Ex. __" refers to the exhibits attached to the complaint. "AR __" refers to the administrative record filed under separate cover. "Def. App. __" refers to the appendix attached to defendant's motion for judgment upon the administrative record.