UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARCUS L. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-508 (RCL) |
| DEPARTMENT OF THE AIR FORCE, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's motion [14, as amended by 16] for an enlargement of time within which to reply to plaintiff's opposition to defendant's motion to dismiss, and for good cause shown, it is hereby

ORDERED that defendant's motion [14, as amended by 16] is GRANTED, *nunc pro tunc*; it is further

ORDERED that defendant's reply [20], filed July 20, 2006 was timely filed.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on July 21, 2006.