UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS,                    )
                    Plaintiff,         )
                                       )
        v.                             )    Civil Action No. 06-0508 (RCL)
                                       )
DEPARTMENT OF THE AIR FORCE,           )
                    Defendant.         )
                                       )

### PLAINTIFF'S MOTION TO COMPEL THE DEFENDANT TO SERVE UPON HIM THE DEFENDANT'S MEMORANDUM IN OPPOSITION OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1. The Plaintiff, Marcus L. Williams, hereby moves this Court to order or otherwise compel the Defendant to serve upon the Plaintiff its memorandum in opposition to plaintiff's motion for summary judgment. The Defendant's opposition was due to be served on 31 July, 2006, however that the Plaintiff has not received the Defendant's opposing memorandum on the date of this current motion, 8 August, 2006. Eight days have past since the Defendant filed its opposition to Plaintiff's summary judgment with the Court.

#### Summary of Facts

2. On 17 July, 2006, the Plaintiff served upon the Defendant his motion for partial summary judgment.

3. On 7 August, 2006, the Plaintiff telephonically communicated with the office of the clerk for the United States District Court For The District of Columbia.

4. On inquiry, the answering clerk informed the Plaintiff that on 31 July, 2006, that the Defendant in this case filed its memorandum in opposition to summary judgment filed by the Plaintiff.

5. On 8 August, 2006, the Plaintiff has not received the Defendant's memorandum in opposition to his motion for summary judgment.

6. The calendar date of 8 August, 2006, is the proper scheduled time

1

RECEIVED

AUG 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

for the Plaintiff to file and serve his reply in accordance with local Rule 7(d) of this Court.

7. Until this time, that the Plaintiff has [n]o knowledge of what potential prejudicial and/or controversial matters that the Defendant may have filed with this Court that plaintiff was denied the opportunity to inspect or otherwise to deny. This is the third time that the Defendant entered into ex parte communications with the Court that which previously comprised of (1) Defendant's motion for an enlargement of time to answer or otherwise to respond to Plaintiff's complaint, and (2) Defendant's amendment and untimely Reply to Plaintiff's memorandum in opposition to its motion to dismiss.

8. The Defendant continues to have the advantage with impunity to circumvent Court rules on basis of the Plaintiff's pro se status and imposition of confinement. The Plaintiff from the onset of this case continues to suffer from an outrageous Government conduct that deprives him of his Due Process rights under the Fifth Amendment to the U.S. Constitution to be disenfranchised from an equal and fair hearing and determination of claim. From this point, the Plaintiff must construe that he is being subjected to an prejudicial proceeding.

WHEREFORE, the Plaintiff prays upon the foregoing above that this Court Order that the Defendant serve its filed opposition upon the Plaintiff in accordance with Rule 7(b) of this Court.

Dated this 8th day of August, 2006.

2

Respectfully submitted,

MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Rd
Fort Leavenworth KS 66027-2304

## CERTIFICATE OF SERVICE

        I hereby certify under penalty of perjury that on this 8th day of August,
2006, I caused to be placed in the prison mail via United States Postal
Service (Certified Postage, First Class), a copy of my Motion to Compel,
served on the Defendant's attorney of record at the following address:

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington DC 20530

                                        _Marcus L. Williams_
                                        MARCUS L. WILLIAMS
                                        Box# 77423
                                        1300 N. Warehouse Rd
                                        Fort Leavenworth KS 66027-2304