### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARCUS L. WILLIAMS** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:06CV00508 (RCL)** |
| | ) | |
| | ) | |
| **DEPARTMENT OF THE AIR FORCE,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL SERVICE

On July 31st, Defendant electronically filed its opposition to Plaintiff's Motion For Summary Judgment.  Undersigned Counsel inadvertently failed to serve a copy on Plaintiff.  I apologize to the Court and to Plaintiff for any inconvenience.  The response was filed on the last day prior to my departure for leave and in the rush to finish things, I overlooked mailing the response.

Attached is a certificate of service indicating that the opposition and response to Plaintiff's Statement of Material Facts not in Dispute were sent today.  Defendant does not object to Plaintiff having whatever time is necessary to file his reply.

Respectfully Submitted,


_____/s_____
KENNETH L.  WAINSTEIN, D.C.  Bar #451058
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney

_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895