## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 24th day of August 2006, a copy of the foregoing Opposition to Plaintiff's Motion for Summary Judgment and Response to Plaintiff's Statement of Material Facts not in dispute and Response to Motion to Compel Service was served by Express mail; postage prepaid to:


MARCUS WILLIAMS,
Box #77423, 1300 N. Warehouse Rd.,
Fort Leavenworth, Kansas, 66027-2304.


_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530