UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS, )
        Plaintiff, )
        v. )  Civil Action No. 1:06-cv-00508 (RCL)
DEPARTMENT OF THE AIR FORCE, )
        Defendant. )

RECEIVED
AUG 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PLAINTIFF'S MOTION FOR LEAVE OF THE COURT TO AMEND HIS MOTION FOR PARTIAL SUMMARY JUDGMENT

1. The plaintiff, Marcus L. Williams, in the above-captioned civil action hereby request for leave of this Court to file his amended pleading for Motion for Partial Summary Judgment pursuant to Local Civil Rule 7(i). This motion for amendment is based upon the particulars below.

(i). That the Defendant in opposition to Plaintiff's original partial summary judgment motion filed its pleading with the Court on 31 July, 2006, but failed to serve the Plaintiff contrary to Local Civil Rule 7(b).

(ii). On 14 August, 2006, the Plaintiff received his copy of the docketing report through the mail, and discovered that the Court granted his amended Complaint. The Plaintiff had received no prior notification through Court Order of this event.

(iii). Plaintiff's motion for partial summary judgment on file is based erroneously off the original and defunct Complaint, and not the amended Complaint.

2. Wherefore for the foregoing reasons stated above, the Plaintiff prays that this Court grant his motion for leave of the court to file his amended pleading for partial summary judgment.

Dated this 21st day of August, 2006.

Respectfully submitted,

*/s/ Marcus L. Williams*
MARCUS L. WILLIAMS