## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS,                    )
                Plaintiff,       )
                          )
         v.                     )    Civil Action No. 1:06-cv-00508 (RCL)
                          )
DEPARTMENT OF THE AIR FORCE,           )
                Defendant.       )
                          )

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1. Plaintiff, Marcus L. Williams, moves the Court pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, for an order directing entry of partial summary judgment in favor of Plaintiff and against Defendant, Department of The Air Force, on cause of action and for the material facts alleged in Plaintiff's complaint, as amended. This motion is made on the ground that the pleadings and evidence on file in this matter establish that there are no genuine triable issue of material fact exists, as demonstrated by Plaintiff's Statement in Compliance with Local Rule 7(h), attached hereto, and that Plaintiff is entitled to judgment as a matter of law. More than 60 days have expired since Plaintiff commenced this action.

2. In further support of his motion, the Plaintiff submits his Memorandum in Support of the Motion for Partial Summary Judgment, and the supplemental facts and evidence attached thereto.

Dated this 21st day of August, 2006.

Respectfully submitted,

*Marcus L. Williams*

Marcus L. Williams
Box #77423
1300 N. Warehouse Rd
Fort Leavenworth KS 66027-2304

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARCUS L. WILLIAMS,                )
               Plaintiff,       )
                       )
       v.                      )    Civil Action No. 1:06-cv-00508 (RCL)
                       )
DEPARTMENT OF THE AIR FORCE,       )
               Defendant.       )
                       )

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS**
**IN SUPPORT OF HIS PARTIAL SUMMARY JUDGMENT MOTION**

The Plaintiff, Marcus L. Williams, pursuant to Rule 7(h) of this Court,

submits the following statement of material facts as to which he contends

there is no genuine issue, and which entitle Plaintiff to partial summary

judgment of his case for the determination and declaration of his terminated

active military service status on Expiration of Term of Service ("ETS") 29

December, 2001, in accordance with his enlistment and extension contract

pursuant to an Active Duty Service Commitment, the allegations stated in

Count I of his complaint, as amended.

1. Plaintiff alleged the fact that under the United States Code, Title

10 Section 101(d)(1), defines and determines a duty status of "Active Duty"

as "full-time duty in the active military service of the United States."

(Amended Complaint, para. 4; uncontroverted)

2. Plaintiff further alleged the fact that under the United States Code,

Title 10 Section 101(d)(3), defines and determines a duty status of "Active

Service" as "service on active duty." (Amended Complaint, para. 4;

uncontroverted)

3. Plaintiff alleged the fact that his Date of Separation of 28 February,

2001, that was entered on 30 January, 1997, was voluntarily extended until

28 December, 2001, on basis of his active duty enlistment extension contract

1

(AF Form 1411). (Amended Complaint, para. 5; uncontroverted)

4. Plaintiff alleged the fact that his documented Leave And Earnings Statements encompassing periods of 1 through 31 March, 2002, and running the tenure until 1 January, 2004, reported his conclusive and determined Expiration of Term of Service of 29 December, 2001, marked as "011229" and described in recorded section labeled "ETS". (Amended Complaint, para. 6; uncontroverted)

5. The Plaintiff alleged the fact in relationship with his enlistment and extension contract located on the Air Force Form (AF Form) 1411 as referred to in paragraph 5 of the amended Complaint, that the said contract coincided with and determined his Expiration of Term of Service (ETS) of 29 December, 2001, as referred to in paragraph 6 of his amended Complaint. (Amended Complaint, para. 7; uncontroverted)

6. Plaintiff factually alleged that By Order of The Secretary of The Air Force, covered and described in Air Force Instruction (AFI) 36-2107 Active Duty Service Commitments (ADSC), Subsection 1.1.4.1., stated that, "Enlisted personnel serve on active duty in accordance with their enlistment contracts.", and further that the Plaintiff alleged the fact that on 27 February, 2001, that he entered into his final active duty enlistment and extension contract (AF Form 1411) with the Defendant until 28 December, 2001, as referred to in paragraph 5 of this amended Complaint. (Amended Complaint, para. 8; uncontroverted)

7. The Plaintiff alleged the fact that By Order of The Secretary of The Air Force, as covered and described in Air Force Instruction (AFI) 36-2606 Extension Approval Authority, Subsection(s) 4.1., and 4.1.1., uses and incorporates the Air Force Form (AF Form) 1411 as the source document for extensions of enlistments in the regular Air Force. (Amended Complaint, para.

2

9; uncontroverted)

8. The Plaintiff alleged the fact that on 19 May, 2006, the Defendant finally supplied him with a true copy of his Master Personnel Record that which maintained his final documented extension and enlistment contract (AF Form 1411) as referred to in paragraph 5 of the amended Complaint. The Plaintiff further alleged the fact that his Master Personnel Record contains no other documented extensions of enlistment beyond his Expiration of Term of Service of 29 December, 2001. (Amended Complaint, para. 10; uncontroverted

Dated this 21st day of August, 2006.

Respectfully submitted

Marcus L. Williams

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS, )
                    Plaintiff,    )
                                  )
     v.                           )    Civil Action No. 1:06-cv-00508 (RCL)
                                  )
DEPARTMENT OF THE AIR FORCE,      )
                    Defendant.    )
                                  )

## PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT

### I. Statement of Relevant Facts

1. On 21 September, 1992, the Plaintiff enlisted in the United States Air Force Reserve on a inactive status for a term of 8 years and subsequently discharged from the delayed entry/enlistment program on 2 February, 1993, and further on 2 February, 1993, the Plaintiff enlisted in the regular component of the United States Air Force for an period of 4 years active duty service. (Enlistment/Reenlistment Document, dated 21 September 1992; Attached as Exhibit A)

2. On 29 January, 1997, the Plaintiff was discharged from the United States Air Force with honorable service. On 30 January, 1997, the Plaintiff reenlisted in the United States Air Force for a term of 4 years active duty service. Without a break in Plaintiff's military service, his service period covered 3 months and 11 days of total inactive military service and 3 years 11 months and 28 days of total active military service. (Enlistment/Reenlistment Document, dated 30 January 1997 ("970130"); Attached as Exhibit B)

3. Plaintiff's Date of Separation of 28 February, 2001, that was entered on 30 January, 1997, was voluntarily extended until 28 December, 2001, for the best interest of the Air Force in accordance with his enlistment extension

1

contract (AF Form 1411).

4. On 11 January, 2002, the Court-Martial Board on the basis of the Plaintiff's administrative service record found that the Plaintiff's total active military service was 8 Years 11 Months. (Record of Trial excerpts, at pages 306-307; attached as Exhibit C). In addition to the Court-Martial finding, the Defendant concluded upon the administrative record that Plaintiff's total active military service was 8 Years 11 Months and submitted the Plaintiff's Personal Data Sheet to the Court as evidence. (Plaintiff's Personal Data Sheet; attached as Exhibit D)

5. On 18 November, 2002, the Defendant's subordinate agency Air Force Liaison, Detachment 1, acting through its principle agency concluded as a result of its inquiry into the inclusion of an debt on the Plaintiff, that his expiration of term of service was in the month of December, 2001. (Debt Information Memorandum; attached as Exhibit E)

6. On 22 December, 2005, the Defendant stated the fact before the United States Court of Federal Claims that Plaintiff's expiration of term of service was on 29 December, 2001. (Defendant's Statement of Facts, excerpt at page 1; attached as Exhibit F)

## II. Standard of Review
## For A Summary Judgment

7. Summary judgment will be granted when the pleadings, depositions, answers to interrogatories and admissions on file, together with any affidavits or declarations, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law. Fed.R.Civ.P. 56(c). A fact is "material" if it might affect the outcome of the action under the governing law. Anderson v. Liberty Lobby, Inc. 477 U.S. 242, 248 (1986). The party seeking summary judgment bears the

2

initial burden of demonstrating the absence of a genuine issue of material fact. Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986). The nonmoving party then must "go beyond the pleadings and by [its] own affidavits, or by depositions, answers to interrogatories, and admissions on file, designate specific facts showing that there is a genuine issue for trial." Id. at 324. See also Laningham v. U.S. Navy, 813 F.2d 1236, 1242 (D.C. Cir. 1987) (nonmoving party has affirmative duty "to provide evidence that would permit a reasonable jury to find" in its favor).

8. In deciding a motion for summary judgment, "the court must draw all reasonable inferences in favor of the nonmoving party, and it may not make credibility determinations or weigh the evidence." Reeves v. Sanderson Plumbing Prods., Inc., 530 U.S. 133, 150 (2000). Ultimately, the court must determine "whether the evidence presents a sufficient disagreement to require submission to a jury or whether it is so one-sided that one party must prevail as a matter of law." Liberty Lobby, 477 U.S. at 251-52.

### III. Argument

#### A. No Source Documents For Extension
#### Beyond Plaintiff's "ETS"

9. The Defendant is convinced that statute of 10 U.S.C. § 802 and/or the prescribed Rules for Courts-Martial, Rule 202(c), are self executing provisions for involuntary extensions of enlistment, however the Defendant's assertions are overreaching and incorrect. ("[C]ourts should disfavor interpretations of statutes that render language superfluous....") Conn. Nat'l Bank v. Germain, 503 U.S. 249, 253 (1992); "If Congress has done so, the inquiry is at an end; the Court 'must give effect to the unambiguously expressed intent of Congress.'" Food & Drug Admin. v. Brown & Williamson Tobacco Corp., 529 U.S. 120, 132 (2000). Such Congressional and Executive

references are merely on the authoritative grounds to permit an
[d]iscretionary administrative involuntary extension of enlistment, and not
on the basis of the administrative effectuation.  The Defendant as similar
with its counter-part services within the Department of Defense, already
have an operative administrative and management system for the extension
of a servicemember's active service enlistment as promulgated by order of
the Secretary of the Air Force, AFI36-3208 etc.  Irregardless of the
Defendant's arguments or cases of precedence, it has not offered to put forth
nor evidenced to this Court or the Plaintiff of any form of an documented
Air Force Form (AF Form) 1411 that involuntarily extends the Plaintiff's
active military service/active duty status beyond his Expiration of Term
of Service of 29 December, 2001, that which does not conflict with the
administrative records filed by the Plaintiff in this instant case.

### B. **Administrative Enlistment Extension Neglected**

10. The Defendant's internal service instruction Air Force Instruction
(AFI) 36-2606, Reenlistment In The United States Air Force, provides in its
subsection of "Terms", that "Extension of Enlistment-- A change to an
enlistment document that increases total obligated active service."

11. On 27 February, 2001, the Plaintiff entered into an final active
duty enlistment extension contract with the Defendant for purposes of "Best
Interest of The Air Force" that which adjusted Plaintiff's expiration of
term of active service and date of separation to 29 December, 2001.  There
exist no additional official documentation or acts by the Defendant that
administratively involuntarily extended the Plaintiff's total obligated active
service.  Because the Plaintiff entered into an extension of active duty
service for an agreed upon period of 10 months for the interest of the Air
Force and not an enlistment term, the Plaintiff's contractual extension term

4

accomplished an Active Duty Service Commitment that need not be documented on AF Form 63, as stated in Air Force Instruction (AFI) 36-2107 Active Duty Service Commitments (ADSC)

1.3.2. The following ADSC-incurring events require documentation other than the AF Form 63:

1.3.2.1. Entry on Extended Active Duty (EAD).

12. The Secretary of The Air Force promulgated instruction, "By Order of the Secretary of The Air Force", Air Force Instruction (AFI) 36-3208 Section 2A., paragraph 2.1.1., that which mandates in pertinent part that, "Retain airmen only when their enlistments are extended by law.." Upon the Defendant's own omission, it failed in adherence to its regulation thereof Air Force Instruction 36-3208, Administrative Separation of Airmen, Section 2A., paragraph 2.4. Retention for Action by Court-Martial, that states in pertinent part that, "This paragraph authorizes the retention of airmen beyond ETS in anticipation of the preferring of charges. The SJA determines what type of appropriate action is sufficient to authorize retention pending the preferring of charges. If there is sufficient time, the Staff Judge Advocate (SJA) or a member of the SJA's staff will notify the MPF separations unit in writing to involuntarily extend the member's ETS". There existed no administrative activity by the Defendant to inform the appropriate internal agency to involuntary extend Plaintiff's active duty enlistment as demostrated in the Air Force Court of Criminal Appeals case, <u>U.S. v. Barnes, 63 M.J.</u> <u>563, 564 (28 April 2006)</u>:

> "On the day before the appellant's ETS extension ran out, the legal office discovered that the appellant was scheduled to separate from the Air Force the next day. The SJA immediately sent a letter to the Mission Support Squadron commander informing her that the appellant's charges were still pending and that he was not entitled to separate on his ETS"

5

13. The information and record on file in Plaintiff's case is supportive and creditable in proving that the Defendant absolutely did nothing to trump the Plaintiff's terminated service in the course of its deficiency of duty to adhereto its own regulations. Notwithstanding what consequences that would have levied upon the Defendant, the internal service regulations must be followed. Service v. Dulles, 354 U.S. 363 (1957). Defendant's internal service instruction, Air Force Instruction 36-3208 Section 2A Expiration of Term of Service (ETS), subparagraph 2.1. Eligibility for Separation states in pertinent part that, "Airmen are absolutely entitled to separation from active duty at ETS unless there is specific authority for their retention. ETS occurs when an airmen completes an enlistment...". And subparagraph 2.2. ETS Separation states in pertinent part that, "Base separation authorities separate airmen at ETS under this paragraph." The Defendant subjected the Plaintiff to an suspect class of person's.

14. The Plaintiff's enlistment extension contract entered on 27 February, 2001, that extended his obligated active service to 28 December, 2001, that further documented his total active military service from 2 February, 1993, (AF Form 1411, Section V; TAFMSD "930202") until 28 December, 2001, totaled his complete obligated military active service (Active Duty) to 8 Years and 11 Months as uncontested by the Defendant, and is final and conclusive.

### C. Ancillary Admissions By The Defendant

15. The Defendant by and through its subordinate administrative agency, Headquarters Air Force Security Forces Center, on matters of debt inquiry, on 18 November, 2002, determined that the Plaintiff's expiration of term of service ("ETS") was in the month of December, 2001. Additionally, the Defendant thereafter stated to the U.S. Court of Federal Claims that Plaintiff's expiration of term of service ("ETS") was on 29 December, 2001.

6

Such admission was also determined by the Claims Court.

### Conclusion

WHEREFORE, plaintiff Marcus L. Williams, prays for summary judgment against defendant, Department of the Air Force, for the foregoing reasons above.

Dated this 21st day of August, 2006.

Respectfully submitted,


MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Rd
Fort Leavenworth KS 66027-2304

7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS,                    )
                    Plaintiff,         )
                                       )
        v.                             )     Civil Action No. 1:06-cv-00508 (RCL)
                                       )
DEPARTMENT OF THE AIR FORCE,           )
                    Defendant.         )
                                       )

## APPENDIX

**EXHIBIT A,** .....Enlistment/Reenlistment Document (21 Sept 1992).

**EXHIBIT B,** .....Enlistment/Reenlistment Document (30 Jan 1997).

**EXHIBIT C,** .....Record of Trial excerpts (pages 306-307).

**EXHIBIT D,** .....Personal Data Sheet.

**EXHIBIT E,** .....Debt Information Memorandum.

**EXHIBIT F,** .....Defendant's Statement of Facts (Fed. Claims), pg. 1.

**EXHIBIT A**

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### Privacy Act Statement

**AUTHORITY:** 5 USC 3331; 32 USC 708; 44 USC 708 and 3101. 10 USC 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification

**ROUTINE USES:** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

### A. ENLISTEE / REENLISTEE IDENTIFICATION DATA

**1. NAME** (Last, First, Middle)
WILLIAMS MARCUS LONNIE

**2. SOCIAL SECURITY NUMBER**
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

**3. HOME OF RECORD** (Street, City, State, ZIP Code)
3738 MCMILLIAN AVE
JACKSONVILLE    FL 32208-0000

**4. PLACE OF ENLISTMENT/REENLISTMENT** (Mil. Installation, City, State)
JACKSONVILLE MEPS,
JACKSONVILLE, FL 32207-7299

**5. DATE OF ENLISTMENT/REENLISTMENT** (YYMMDD)
92 SEP 21

**6. DATE OF BIRTH** (YYMMDD)
72 MAY 30

| 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. Total Active Military Service | | | |
| b. Total Inactive Military Service | | | |

### B. AGREEMENTS

8. I am enlisting/reenlisting in the United States (list branch of service) **AIR FORCE RESERVE** this date for **8** years and _____ weeks beginning in pay grade **E-1**. The additional details of my enlistment/reenlistment are in Section C and Annex(es) **C** .

a. **FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):**
I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by (list date (YYMMDD)) **0545 93 SEP 20** for enlistment in the Regular component of the United States (list branch of service) **AIR FORCE** for not less than **4** years and **0** weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

b. **Remarks:** (If none, so state.)    NONE

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**
(Initials of Enlistee/Reenlistee) MLW

(Continued on reverse side.)

**DD Form 4/1, MAY 88**    Previous editions may be used.    2099/146

# C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

**9. FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces **REGARDLESS** of the provisions of this enlistment / reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

**10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

a. **FOR ALL ENLISTEES:** If this is my initial enlistment, I must serve a total of eight (8) years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of the Selected Reserve.

**11. FOR ENLISTEES / REENLISTEES IN THE NAVY, MARINE CORPS, OR COAST GUARD:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** Completion of this form constitutes registration with the Selective Service System in accordance with the Military Selective Service Act. Incident thereto the Department of Defense may transmit my name, permanent address, military address, Social Security Number, and birthdate to the Selective Service System for recording as evidence of the registration.

| NAME OF ENLISTEE / REENLISTEE (Last, First, Middle) | SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE |
|---|---|
| WILLIAMS MARCUS LONNIE | 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 |

## D. CERTIFICATION AND ACCEPTANCE

**13a.** My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: (If none, X "NONE" and initial.)  ☒ NONE _MLW_ (Initials of enlistee/reenlistee)

| b. SIGNATURE OF ENLISTEE / REENLISTEE | c. DATE SIGNED (YYMMDD) |
|---|---|
| *Marcus Lonnie Williams* | 92 SEP 24 |

**14. SERVICE REPRESENTATIVE CERTIFICATION**

a. On behalf of the United States (list branch of service) _____ AIR FORCE _____

I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| WILLIAMS WILLIE L | E- 7 | 3536 USAF RECRUITING SQ ATC |
| e. SIGNATURE | f. DATE SIGNED (YYMMDD) | g. UNIT / COMMAND ADDRESS (City, State, ZIP Code) |
|  | 92 SEP 24 | MOODY AFB GA 31699 |

## E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**
I, MARCUS LONNIE WILLIAMS _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**
I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of _____ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of _____ and the orders of the officers appointed over me, according to law and regulations. So help me God

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**
I do hereby acknowledge to have voluntarily enlisted / reenlisted this _____ day of _____ 19 _____ in the _____ National Guard and as a Reserve of the United States (list branch of service) _____ with membership in the _____ National Guard of the United States for a period of _____ years, _____ months, _____ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| 18a. SIGNATURE OF ENLISTEE / REENLISTEE | b. DATE SIGNED (YYMMDD) |
|---|---|
| *Marcus Lonnie Williams* | 92 SEP 24 |

**19. ENLISTMENT / REENLISTMENT OFFICER CERTIFICATION**
a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| STEEN S C | O-4 | JACKSONVILLE MEPS, |
| e. SIGNATURE | f. DATE SIGNED (YYMMDD) | g. UNIT / COMMAND ADDRESS (City, State, ZIP Code) |
| *S. C. Steen* | 92 SEP 24 | JACKSONVILLE, FL 32207-7299 |

DD Form 4/2, MAY 88          Previous editions may be used.

| NAME OF ENLISTEE/REENLISTEE (*Last, First, Middle*) | SOCIAL SECURITY NO. OF ENLISTEE/REENLISTEE |
|---|---|
| WILLIAMS MARCUS LONNIE | 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 |

## F. DISCHARGE FROM DELAYED ENTRY/ENLISTMENT PROGRAM

20a. I request to be discharged from the Delayed Entry/Enlistment Program (DEP) and enlisted in the Regular Component of the United States (*list branch of service*) _____ AIR FORCE _____ for a period of ___ 4 ___ years and ___ 00 ___ weeks  No changes have been made to my enlistment options **OR** if changes were made they are recorded on Annex(es) _____ A _____

_____ which replace(s) Annex(es) _____ C _____ .

| b. SIGNATURE OF DELAYED ENTRY/ENLISTMENT PROGRAM ENLISTEE | c. DATE SIGNED (*YYMMDD*) |
|---|---|
| *Marcus Lonnie Williams* | 93 FEB 02 |

## G. APPROVAL AND ACCEPTANCE BY SERVICE REPRESENTATIVE

21. **SERVICE REPRESENTATIVE CERTIFICATION**

a. This enlistee is discharged from the Reserve Component shown in item 8 and is accepted for enlistment in the Regular Component of the United States (*list branch of service*) _____ AIR FORCE _____ in pay grade ___ E-1 ___ .

| b. NAME (*Last, First, Middle*) WILLIAMS WILLIE L | c. PAY GRADE E-7 | d. UNIT/COMMAND NAME 3536 USAF RECRUITING SQ |
|---|---|---|
| e. SIGNATURE | f. DATE SIGNED (*YYMMDD*) 93 FEB 02 | g. UNIT/COMMAND ADDRESS (*City, State, ZIP Code*) MOODY AFB GA 31699-5000 |

## H. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

22a. **IN A REGULAR COMPONENT OF THE ARMED FORCES:**

I, _____ MARCUS LONNIE WILLIAMS _____ do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

| b. SIGNATURE OF ENLISTEE/REENLISTEE | c. DATE SIGNED (*YYMMDD*) |
|---|---|
| *Marcus Lonnie Williams* | 93 FEB 02 |

23. **ENLISTMENT OFFICER CERTIFICATION**

a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME (*Last, First, Middle*) ESKINS C J | c. PAY GRADE 0-2 | d. UNIT/COMMAND NAME JACKSONVILLE MEPS |
|---|---|---|
| e. SIGNATURE | f. DATE SIGNED (*YYMMDD*) 93 FEB 02 | g. UNIT/COMMAND ADDRESS (*City, State, ZIP Code*) JACKSONVILLE FL 32207-7299 |

**DD Form 4/3, MAY 88**                    *Previous editions may be used.*

**EXHIBIT B**

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### Privacy Act Statement

**AUTHORITY:** 5 USC 3331; 32 USC 708; 44 USC 708 and 3101; 10 USC 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USES:** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

### A. ENLISTEE / REENLISTEE IDENTIFICATION DATA

| 1. NAME *(Last, First, Middle)*  WILLIAMS MARCUS LONNIE | | 2. SOCIAL SECURITY NUMBER  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 | | | |
|---|---|---|---|---|---|
| 3. HOME OF RECORD *(Street, City, State, ZIP Code)*  JACKSONVILLE FL  32208 | | 4. PLACE OF ENLISTMENT/REENLISTMENT *(Mil. Installation, City, State)*  SPANGDAHLEM AB, GE | | | |
| 5. DATE OF ENLISTMENT/ REENLISTMENT *(YYMMDD)*  970130 | 6. DATE OF BIRTH *(YYMMDD)*  720530 | 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
| | | a. Total Active Military Service | 03 | 11 | 28 |
| | | b. Total Inactive Military Service | 00 | 03 | 11 |

### B. AGREEMENTS

8. I am ~~enlisting~~/reenlisting in the United States *(list branch of service)* _____ AIR FORCE _____ this date for ___4 mhw/___ years and _____ weeks beginning in pay grade ___E-4___. The additional details of my enlistment / reenlistment are in Section C and Annex(es) _____ AF FORM 901 (ATTACHED) _____

    **a. FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):**

I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by *(list date (YYMMDD))* _____ for enlistment in the Regular component of the United States *(list branch of service)* _____ for not less than _____ years and _____ weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is **NOT** creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

    **b. Remarks:** *(If none, so state.)*

      NONE.

    **c.** The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**

*(Initials of Enlistee/Reenlistee)* _MLW_ .

*(Continued on reverse side.)*

**DD Form 4/1, MAY 88**        *Previous editions may be used.*        2099/146

## C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

**9. FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces **REGARDLESS** of the provisions of this enlistment / reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

**10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

a. **FOR ALL ENLISTEES:** If this is my initial enlistment, I must serve a total of eight (8) years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of the Selected Reserve.

**11. FOR ENLISTEES / REENLISTEES IN THE NAVY, MARINE CORPS, OR COAST GUARD:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** Completion of this form constitutes registration with the Selective Service System in accordance with the Military Selective Service Act. Incident thereto the Department of Defense may transmit my name, permanent address, military address, Social Security Number, and birthdate to the Selective Service System for recording as evidence of the registration.

| NAME OF ENLISTEE / REENLISTEE *(Last, First, Middle)*<br>WILLIAMS MARCUS LONNIE | SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE<br>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 |
| --- | --- |

## D. CERTIFICATION AND ACCEPTANCE

**13a.**  My acceptance for enlistment is based on the information I have given in my application for enlistment.  If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

**I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT.  ANY QUESTIONS I HAD WERE  EXPLAINED TO MY SATISFACTION.  I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN  SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE  HONORED.  ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW:** *(If none, X "NONE" and initial.)*   [X] **NONE** *MLW* *(Initials of enlistee/reenlistee)*

| b. SIGNATURE OF ENLISTEE / REENLISTEE<br>*Marcus L Williams* | c. DATE SIGNED *(YYMMDD)*<br>970129 |
| --- | --- |

**14. SERVICE REPRESENTATIVE CERTIFICATION**

a. On behalf of the United States *(list branch of service)* _____ AIR FORCE _____ , I accept this applicant for enlistment.  I have witnessed the signature in item 13b to this document.   I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| b. NAME *(Last, First, Middle)*<br>HORN CHRISTINA R | c. PAY GRADE<br>E-3 | d. UNIT/COMMAND NAME<br>52 MSS/USAFE |
| --- | --- | --- |
| e. SIGNATURE<br>*Christina R Horn* | f. DATE SIGNED *(YYMMDD)*<br>970129 | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)*<br>APO AE 09126 |

## E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**

I, MARCUS LONNIE WILLIAMS _____ , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice.  So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**

I, _____ , do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of _____ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same;  and that I will obey the orders of the President of the United States and the Governor of _____ and the orders of the officers appointed over me, according to law and regulations.  So help me God.

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**

I do hereby acknowledge to have voluntarily enlisted /reenlisted this _____ day of _____ 19 _____ in the _____ National Guard and as a Reserve of the United States *(list branch of service)* _____ with membership in the _____ National Guard of the United States for a period of _____ years, _____ months, _____ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| 18a. SIGNATURE OF ENLISTEE / REENLISTEE<br>*Marcus L Williams* | b. DATE SIGNED *(YYMMDD)*<br>970130 |
| --- | --- |

**19. ENLISTMENT / REENLISTMENT OFFICER CERTIFICATION**

a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME *(Last, First, Middle)*<br>BROARDT, GREGORY J. | c. PAY GRADE<br>O-3 | d. UNIT/COMMAND NAME<br>52d SUPPLY SQ/USAFE |
| --- | --- | --- |
| e. SIGNATURE<br>*Gregory J Broardt* | f. DATE SIGNED *(YYMMDD)*<br>970130 | g. UNIT/COMMAND ADDRESS *(City, State, ZIP Code)*<br>APO AE 09126 |

DD Form 4/2, MAY 88                    *Previous editions may be used.*

## REENLISTMENT ELIGIBILITY ANNEX TO DD FORM 4

### I. IDENTIFICATION DATA

| NAME *(Last, First, Middle)* | GRADE | SSN | CAFSC | APTITUDE SCORES | | | |
|---|---|---|---|---|---|---|---|
| | | | | ADMIN | ELECT | GEN | MECH |
| WILLIAMS MARCUS LONNIE | SRA | 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 | 2S031 | 60 | 41 | 41 | 38 |

### II. CBPO ACTION

**A. RECORDS REVIEW**

A review of member's Unit Personnel Record Group and the personnel data system did not reveal any data which would render the member ineligible for reenlistment.

**B. REENLISTMENT WAIVER/EXCEPTION TO POLICY**

| REASON FOR WAIVER/EXCEPTION TO POLICY | AUTHORITY FOR WAIVER/EXCEPTION TO POLICY |
|---|---|
| | |

| DATE 15 Jan 97 | TYPED NAME AND GRADE OF CBPO REPRESENTATIVE CHRISTINA R HORN, A1C, USAF | SIGNATURE OF CBPO REPRESENTATIVE *Christine R Horn* |
|---|---|---|

### III. MEMBER ACTION

**A. ACKNOWLEDGEMENT OF REENLISTMENT ELIGIBILITY**

I acknowledge that I am not pending any military or civil court action *(other than civil suit)*; not under investigation by military or civilian authorities; have not declined a PCS or TDY assignment, or have not refused training. I also am not aware of any medical condition or problem which would preclude my reassignment anywhere in the world.

**B. DIRECT DEPOSIT OF PAY**

I understand and acknowledge I must participate in the Direct Deposit of Pay Program unless I obtain a waiver of this requirement from my unit commander according to AFR 177-20.

**C. REENLISTMENT GUARANTEE**

Based on written documentation, the following reenlistment guarantee is noted. *(Member initials appropriate block):*

| | |
|---|---|
| | Approved for retraining in AFSC _____ per AFR 39-4. |
| | Approved for lateral retraining in AFSC _____ per AFR 39-4. |
| | Approved for _____ training program that leads to an Air Force Commission. *(AECP, OTS, ETC.)* |
| | Approved for an in-place base of preference *(BOP)* assignment according to AFR 39-11. |
| | Approved for a BOP assignment to _____ according to AFR 39-11. |
| MLW | No reenlistment guarantee made. |

**D. CERTIFICATION BY MEMBERS AUTHORIZED REENLISTMENT BONUS**

I have been advised of, understand and agree to the conditions which may *(1)* terminate my continued entitlement to unpaid bonus installments and *(2)* cause a portion of advance bonus payments to be recouped or terminated. In the event any administrative action is initiated by me or the Air Force that could result in the need to recoup bonus payments, I consent to the withholding from current pay, final pay, or any other money due me to satisfy this indebtedness. I understand that there is no actual debt until my final separation from the Air Force; however, I consent to this withholding of pay in anticipation of the indebtedness for the unearned portion of my reenlistment bonus. I further consent to such withholding at a rate sufficient to satisfy this indebtedness no later than my requested or projected separation date, and understand that this could result in the withholding of 100% of any current pay, final pay, or other money due me. Such held pay shall be paid to me if it is later determined that recoupment is not required. I also understand I will be paid a zone_____, multiple_____ bonus based on _____ years and _____ months of continued service.

Member's initials:

| DATE 16 Jan 97 | TYPED NAME AND GRADE OF MEMBER MARCUS LONNIE WILLIAMS, SRA, USAF | SIGNATURE OF MEMBER *Marcus L Williams* |
|---|---|---|

### IV. UNIT COMMANDER/NCO DETACHMENT CHIEF ACTION

I certify I am not aware of any ineligibility conditions (such as investigation by military or civilian authorities, pending military or civil court charges, punishment under the UCMJ, exceeding weight standards, etc) which would render this airman ineligible for reenlistment.

| DATE 16 JAN 97 | TYPED NAME AND GRADE OF COMMANDER/NCO DET CHIEF KRISTEN M. WELSH, 1LT, USAF | SIGNATURE OF COMMANDER/NCO DET CHIEF |
|---|---|---|

### V. DISCHARGE STATEMENT

The above named individual is honorably discharged from the United States Air Force effective 29 JAN 97 for the sole purpose of immediate reenlistment on 30 JAN 97. Authority: AFR 39-10.

| DATE 17 JAN 97 | TYPED NAME AND GRADE OF CBPO AUTHENTICATING OFFICIAL STEVEN M HARRIS, MSGT, USAF | SIGNATURE OF CBPO OFFICIAL *Steven M Harris* |
|---|---|---|

AF Form 901, AUG 90    *PREVIOUS EDITION IS OBSOLETE*

**EXHIBIT C**

1    MJ:    So it was just not to in essence withdraw your plea of guilty but then also the

2    added provisions then to enter a not guilty plea and then to make the government come back in

3    and prove its case. Do you understand all that?

4    ACC:  Yes, Your Honor.

5    MJ:    I just wanted to make sure that I covered the full and complete effect of that rule

6    with you yesterday. Very well, I'm prepared to announce findings in this case. Would the

7    accused and defense counsel please rise.

## FINDINGS

9    **Staff Sergeant Marcus L. Williams this court finds you of all charges and**

10   **specifications: Guilty**

11   MJ:    You may be seated. Sergeant Williams given my findings and also your

12   conditional plea of guilty yesterday, it is now necessary that we enter the sentencing phase of this

13   trial. You have the right to present matters in extenuation and mitigation. That is matters about

14   the offenses and yourself which you want me to consider in deciding your sentence. In addition

15   to testimony of witnesses and the offering of documentary evidence, you may yourself testify

16   under oath as to these matters or you may remain silent, in which case I will not draw any

17   adverse inverse from your silence. On the other hand, if you desire, to make an unsworn          *You may*          *SAS*

18   statement. Because that statement is unsworn you cannot be cross-examined on it. However the

19   government may offer evidence to rebut any statement of fact contained in an unsworn

20   statement. An unsworn statement may be made orally, in writing, or both. It may be made by

21   you, by your counsel on your behalf, or by both you and your counsel.

1    MJ:    Do you understand all of these rights?

2    ACC:   Yes Your Honor.

3    MJ:    Counsel for both sides, we addressed this briefly yesterday with respect to

4    Sergeant Williams basic pay is the personal data on the front page of the charge sheet correct?

5    TC:    Your Honor, other than the pay, yes it is.

6    MJ:    I have the new January 2002 pay chart what I don't have is his total years of

7    service. Sergeant Williams total ~~year~~ *Years* of service.

8    TC:    Your Honor, his total years of service are eight years and ten or eleven months.

9    MJ:    Over eight years?

10   TC:    Yes, Ma'am.

11   MJ:    Based on the January 2002 pay chart by my calculations, block seven of the ~~chart~~ *Charge*

12   sheet should reflect his current basic pay being $2030.10 per month. Both counsel concur?

13   TC:    Yes, Your Honor.

14   CD:    Yes, Your Honor.

15   MJ:    Very well. ~~Council~~ *Counsel* if you would make that necessary pen and ink change to both

16   blocks 7(a) and 7(c) to reflect that. Other than that is the personal data on the front page of the

17   charge sheet correct?

18   TC:    Yes, Your Honor.

19   MJ:    I'm looking at block nine with respect to pretrial confinement. As of today I

20   believe we're at or as of the close of yesterday we're at 222 days of pretrial confinement credit.

21   Is that correct?

**EXHIBIT D**

## PERSONAL DATA SHEET

**DATE PREPARED:** 10 JAN 2002

**NAME OF ACCUSED:** MARCUS L. WILLIAMS

**ORGANIZATION:** 42 SUPPLY SQUADRON

**SSAN:** 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

**PAY GRADE:** E-5                                    **DATE OF BIRTH:** 30 MAY 1972

**TAFMSD:** 2 FEB 93                                   **LENGTH OF SERVICE:** 8 YRS 11 MOS

**AFSC:** 2S051

**MILITARY TEST SCORES:**    ADMIN – 60    ELEC – 57    GEN – 48    MECH - 66

**BASIC PAY:** $2,030.10

**FOREIGN DUTY PAY:** NONE

**INITIAL DATE OF CURRENT SERVICE:** 30 JAN 97

**TERM OF CURRENT SERVICE:** 4 years

**PRIOR SERVICE:** N/A

**FOREIGN SERVICE:** NONE

**COMBAT SERVICE:** NONE

**NATURE OF PRETRIAL RESTRAINT:** PRETRIAL CONFINEMENT

**MARITAL STATUS:** SINGLE                             **NO. OF DEPENDENTS:** 0

**NO. OF PREVIOUS CONVICTIONS:** NONE

**NO. OF PREVIOUS ARTICLE 15 ACTIONS:** 1

**AWARDS AND DECORATIONS:**                            **DEVICES:**

Air Force Achievement Medal                              01
Air Force Outstanding Unit Award                         03
Air Force Good Conduct Medal                             01
National Defense Service Medal
Air Force Overseas Short Tour Ribbon
Air Force Overseas Long Tour  Ribbon
Air Force Longevity Service Award                        01
Air Force Training Ribbon
NCO Professional Military Graduate Ribbon

Prosecution Ex____ For Identification
Offered 34B Accepted/Rejected 34A

Page 1 of 1 pages.

**EXHIBIT E**



# DEPARTMENT OF THE AIR FORCE
## HEADQUARTERS AIR FORCE SECURITY FORCES CENTER
## FORT LEAVENWORTH, DETACHMENT 1

18 Nov 02

MEMORANDUM FOR INMATE WILLIAMS, Reg.# 77423

FROM: Air Force Liaison

SUBJECT: Debt Information

1. You were paid for the full month of January 02 causing a debt on your record in the amount of 1971.08. Your ETS is December 01. You should have never received any pay for the month of January. The Air Force does not extend your ETS when placed in confinement. Bottom line you are responsible for paying the debt on your record.

2. Please follow the directions below to receipt for this Memo.

3. I am considering this matter closed.

B. THOMAS, SSgt, USAF
Air Force Liaison

----------------------------------------

## SEPARATE ON THE LINE ABOVE

**NOTE: Please reply by detaching the receipt and returning it to the USAF Liaison Office within five days of receipt.**

I acknowledge receipt and understanding of the above MFR, Debt Information., sent by SSgt Thomas.

Name _____     Reg. # _____

Signature _____     Date _____

**EXHIBIT F**

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MARCUS L. WILLIAMS,                )
                                   )
                    Plaintiff,     )
                                   )
v.                                 )        No. 05-1123C
                                   )        (Judge Lettow)
THE UNITED STATES,                 )
                                   )
                    Defendant.     )

## DEFENDANT'S STATEMENT OF FACTS

Defendant, the United States, respectfully submits its Statement of Facts as required by Rule 56.1(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC").

1.      Marcus L. Williams enlisted in the United States Air Force ("Air Force") on February 2, 1993 for a period of four years. He reenlisted in the Air Force on January 30, 1997, which established an Expiration Term of Service ("ETS") date of February 28, 2001. Compl. ¶ 5.[1]

2.      Mr. Williams subsequently requested an extension of his enlistment, which was approved through December 28, 2001. This extension established a new ETS of December 29, 2001. Compl. ¶ 5-6. See Compl. Ex. A.

3.      Mr. Williams was absent without leave from May 7, 2001 until apprehended on June 2, 2001. Mr. Williams was then placed in pretrial confinement. AR 19.

4.      On September 20, 2001, court-martial charges were preferred against Mr. Williams. AR 1. He was charged with the following offenses:

        a.      Unlawful entry of the dwelling (housebreaking) of Staff Sergeant Linnea

---

[1] "Compl.__" refers to the complaint filed with the Court on October 18, 2005; "Compl. Ex. __" refers to the exhibits attached to the complaint. "AR __" refers to the administrative record filed under separate cover. "Def. App. __" refers to the appendix attached to defendant's motion for judgment upon the administrative record.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 22nd day of August, 2006, I caused to be placed in the prison mail via United States Postal Service (Certified Postage, First Class), a copy of my Motion for leave of the court to amend my motion for partial summary judgment, served on the Defendant's attorney of record at the following address:

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington DC 20530

MARCUS L. WILLIAMS
Box# 77423
1300 N. Warehouse Rd
Fort Leavenworth KS 66027-2304