IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARCUS L. WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF THE AIR FORCE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-0508 (RCL) |

DEFENDANT'S MOTION FOR SCHEDULE TO COMPLETE BRIEFING

Plaintiff pro se prisoner brings this case challenging the United States Air Force decision to administratively extend plaintiff's term of service while Plaintiff awaited trial on pending Court-Martial charges. There are currently three motions pending before this Court:

1. A Motion to Dismiss filed by defendants (docket # 11), which is fully briefed. Plaintiff's opposition is docket # 13 and Defendant's Reply is docket # 15.

2. A Motion for Partial Summary Judgment filed by Plaintiff based on his original complaint (docket # 18) which is also fully briefed.  Defendant's Opposition is docket # 20 and Plaintiff's Reply is Docket # 24.   As Plaintiff has filed, with leave of Court, an amended Complaint, this Motion appears to be moot.

3. The Third Motion is a Motion amend/correct the Motion for Summary Judgment filed by Plaintiff.  (Docket entry 23).  Attached to this Motion is a proposed amended Motion for Summary Judgment.

To the extent leave to file a revised or amended Motion for Summary Judgment is required, Defendant consents to such an amendment. Defendant Respectfully Requests that the following briefing schedule be established:

Defendant's Reply due on October 9, 2006

Plaintiff's Reply if any Due November 8, 2006

Granting this schedule will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

Because Plaintiff is a *pro se* prisoner, Local Rule 7(m) does not apply and the undersigned did not attempt to confer with Plaintiff regarding this motion.

For these reasons, defendant requests that the Court grant its Motion to establish a briefing schedule. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion for Schedule to Complete Briefing was served by First-Class mail; postage prepaid to:

MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Road
Fort Leavenworth, KS 66027-2304,

on this 8th day of September, 2006.

                                                  _____/s/_____
                                                  KEVIN K. ROBITAILLE
                                                  Special Assistant U.S. Attorney
                                                  Civil Division
                                                  555 Fourth St., N.W.
                                                  Washington, D.C.  20530
                                                  202-353-9895  / FAX 202-514-8780