IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCUS L. WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0508 (RCL) |
| ) | |
| **DEPARTMENT OF THE AIR FORCE,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon consideration of Defendants' Consent Motion for a Revised Briefing Schedule, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for a Revised Briefing Schedule is GRANTED, and it is

FURTHER ORDERED that Deadlines reset Defendant's Opposition to Plaintiff's Motion for Summary Judgment due October 9, 2006, and reply due November 8, 2006.

Dated this _____ day of _____, 2006.

_____
Royce C. Lamberth
United States District Judge

Copies to:
MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Road
Fort Leavenworth, KS 66027-2304,

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780