## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 10th day of October 2006, a copy of the foregoing Opposition to Plaintiff's Motion for Summary Judgment and Response to Plaintiff's Statement of Material Facts not in dispute was served by First-Class mail; postage prepaid to:

MARCUS WILLIAMS,
Box #77423, 1300 N. Warehouse Rd.,
Fort Leavenworth, Kansas, 66027-2304.

                                              _____/s_____
                                              KEVIN K. ROBITAILLE
                                              Special Assistant U.S. Attorney
                                              555 Fourth Street, N.W.,
                                              Washington, D.C. 20530