UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS,           )
                Plaintiff,    )
                              )
        v.                    )  Civil Action No. 1:06-cv-00508 (RCL)
                              )
DEPARTMENT OF THE AIR FORCE,  )
                Defendant.    )
                              )

### PLAINTIFF'S JUDICIAL NOTICE OF ADJUDICATIVE FACTS

RECEIVED
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The plaintiff, Marcus L. Williams, in accordance with Federal Rules of Evidence (Fed R. Evid.) Rule 201, hereby submits his judicial notice of adjudicative facts conducted before an Article I United States Military Court-Martial Board on the calendar year and date of 11 January, 2002, in finding the factual elements and admission under oath by the defendant, Department of The Air Force (United States), on basis of Plaintiff's administrative military service record that his final and conclusive tenure of active military service (active-duty) was 8 years and 11 months. Said factual finding and admission was committed prior to any and all civil litigation presided over by the United States Federal Courts, thus incident to collaterlly estops the Defendant from relitigating the Plaintiff's military service dates in excess of what was previously established on the record through fact and admission.

### Previous Litigation of Fact and Admission On Basis of Plaintiff's Administrative Military Service Record

1. On 11 January, 2002, 13 calendar days thereafter Plaintiff's expiration of term of service (ETS)/Date of Separation (DOS) of 29 December, 2001, the Court-Martial Board on the basis of the Plaintiff's administrative service record factually found that the Plaintiff's final and conclusive active military service was 8 Years and 11 Months. In addition to the

Court-Martial factual finding, the Defendant concluded upon the administrative record that Plaintiff's final and conclusive active military service was 8 Years and 11 Months and submitted the Plaintiff's Personal Data Sheet to the Court as evidence. The Court-Martial Board's finding was made in accordance with the Rules for Courts-Martial ("RCM") Rule 1001(a)(1)(A)(i)(ii), contained in the Manual for Courts-Martial ("MCM"), and the Defendant's internal service instruction Air Force Instruction ("AFI") 51-201, Administration of Military Justice, subsection 8.5.1 "Personal records of the accused". A copy of Plaintiff's <u>Record of Trial excerpts at pages 306-307</u> and Plaintiff's <u>Personal Data</u> information are attached.

2. The Plaintiff puts forth this judicial notice due to the aforesaid active military service tenure of 8 years and 11 months coinciding with his expiration of term of service date of 29 December, 2001, as referred to in paragraph <u>5</u> thru <u>7</u> of his amended Complaint.

3. The Plaintiff respectfully submits this judicial notice of former litigation upon the merits of his administrative active military service tenure as factually found by the military court and upon admission by the Defendant.

Dated this 11th day of October, 2006.

Respectfully submitted,

MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Rd
Fort Leavenworth Kansas 66027-2304

2

1   MJ:   So it was just not to in essence withdraw your plea of guilty but then also the
2   added provisions then to enter a not guilty plea and then to make the government come back in
3   and prove its case. Do you understand all that?
4      ACC:  Yes, Your Honor.
5      MJ:   I just wanted to make sure that I covered the full and complete effect of that rule
6   with you yesterday. Very well, I'm prepared to announce findings in this case. Would the
7   accused and defense counsel please rise.

8                                  **FINDINGS**

9   **Staff Sergeant Marcus L. Williams this court finds you of all charges and**
10  **specifications: Guilty**

11     MJ:   You may be seated. Sergeant Williams given my findings and also your
12  conditional plea of guilty yesterday, it is now necessary that we enter the sentencing phase of this
13  trial. You have the right to present matters in extenuation and mitigation. That is matters about
14  the offenses and yourself which you want me to consider in deciding your sentence. In addition
15  to testimony of witnesses and the offering of documentary evidence, you may yourself testify
16  under oath as to these matters or you may remain silent, in which case I will not draw any
17  adverse inverse from your silence. On the other hand, if you desire, ~~to~~ *you may* make an unsworn   *SAS*
18  statement. Because that statement is unsworn you cannot be cross-examined on it. However the
19  government may offer evidence to rebut any statement of fact contained in an unsworn
20  statement. An unsworn statement may be made orally, in writing, or both. It may be made by
21  you, by your counsel on your behalf, or by both you and your counsel.

1    MJ:    Do you understand all of these rights?

2    ACC:   Yes Your Honor.

3    MJ:    Counsel for both sides, we addressed this briefly yesterday with respect to
4    Sergeant Williams basic pay is the personal data on the front page of the charge sheet correct?

5    TC:    Your Honor, other than the pay, yes it is.

6    MJ:    I have the new January 2002 pay chart what I don't have is his total years of
7    service. Sergeant Williams total years of service.

8    TC:    Your Honor, his total years of service are eight years and ten or eleven months.

9    MJ:    Over eight years?

10   TC:    Yes, Ma'am.

11   MJ:    Based on the January 2002 pay chart by my calculations, block seven of the charge
12   sheet should reflect his current basic pay being $2030.10 per month. Both counsel concur?

13   TC:    Yes, Your Honor.

14   CD:    Yes, Your Honor.

15   MJ:    Very well. Counsel if you would make that necessary pen and ink change to both
16   blocks 7(a) and 7(c) to reflect that. Other than that is the personal data on the front page of the
17   charge sheet correct?

18   TC:    Yes, Your Honor.

19   MJ:    I'm looking at block nine with respect to pretrial confinement. As of today I
20   believe we're at or as of the close of yesterday we're at 222 days of pretrial confinement credit.
21   Is that correct?

## PERSONAL DATA SHEET

DATE PREPARED: 10 JAN 2002

NAME OF ACCUSED: MARCUS L. WILLIAMS

ORGANIZATION: 42 SUPPLY SQUADRON

SSAN: 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

PAY GRADE: E-5 　　　　　　　　　　DATE OF BIRTH: 30 MAY 1972

TAFMSD: 2 FEB 93 　　　　　　　　　LENGTH OF SERVICE: 8 YRS 11 MOS

AFSC: 2S051

MILITARY TEST SCORES: 　ADMIN – 60 　ELEC – 57 　GEN – 48 　MECH – 66

BASIC PAY: $2,030.10

FOREIGN DUTY PAY: NONE

INITIAL DATE OF CURRENT SERVICE: 30 JAN 97

TERM OF CURRENT SERVICE: 4 years

PRIOR SERVICE: N/A

FOREIGN SERVICE: NONE

COMBAT SERVICE: NONE

NATURE OF PRETRIAL RESTRAINT: PRETRIAL CONFINEMENT

MARITAL STATUS: SINGLE 　　　　　　NO. OF DEPENDENTS: 0

NO. OF PREVIOUS CONVICTIONS: NONE

NO. OF PREVIOUS ARTICLE 15 ACTIONS: 1

| AWARDS AND DECORATIONS: | DEVICES: |
|---|---|
| Air Force Achievement Medal | 01 |
| Air Force Outstanding Unit Award | 03 |
| Air Force Good Conduct Medal | 01 |
| National Defense Service Medal | |
| Air Force Overseas Short Tour Ribbon | |
| Air Force Overseas Long Tour Ribbon | |
| Air Force Longevity Service Award | 01 |
| Air Force Training Ribbon | |
| NCO Professional Military Graduate Ribbon | |

Prosecution Ex __ For Identification
Offered __ Accepted/Rejected __

Page 1 of 1 pages.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 12th day of October, 2006, I caused to be placed in the prison mail via United States Postal Service (Certified Postage, First Class), a copy of my Judicial Notice of Adjudicative Facts, served on the Defendant's attorney of record at the following address:

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington DC 20530

MARCUS L. WILLIAMS
Box# 77423
1300 N. Warehouse Rd
Fort Leavenworth KS 66027-2304