RECEIVED
OCT 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS, )
        Plaintiff, )
     )
v. ) Civil Action No. 1:06-cv-00508 (RCL)
     )
DEPARTMENT OF THE AIR FORCE, )
        Defendant. )
_____)

### PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO SERVE UPON HIM ITS REFERENCED MEMORANDUM CONTAINED IN ITS COUNTER-STATEMENT IN OPPOSITION TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS
### -AND-
### PLAINTIFF'S MOTION TO SANCTION THE DEFENDANT AND ITS ATTORNEYS OF RECORD FOR OUTRAGEOUS GOVERNMENTAL MISCONDUCT AND FOR THE APPROPRIATE RELIEF TO THE PRO SE PLAINTIFF

    1. In this instant civil action, the plaintiff, Marcus L. Williams, moves this Court for an immediate Order directing the Defendant and its attorneys of record to disclose and serve upon the Plaintiff its references consisting of "Mem. at 12-13" as covered by its Counter-Statement in Opposition To Plaintiff's Statement of Material Facts, served upon the Plaintiff on 10 October, 2006. Such documented references cited by the Defendant purports to be dispositive to the deep issue of Plaintiff's complaint and were filed with this Court absent service nor verification upon the Plaintiff. The Plaintiff will be prejudiced and his due process rights under equal access to justice is being violated because this Court may potentially rule upon material that was never served nor reviewed by the Plaintiff.

    2. The Plaintiff further request that this Court sanction the Defendant and its attorneys of record due in part that this is the second incident where the Defendant filed its pleading with the Court and absolutely disregarded the Plaintiff. However, in this current matter the outrageous governmental misconduct committed had taken upon the ex parte submission

1

to this Court of material ("Mem. at 12-13") that is suspect or otherwise unverified documents that may hold the capacity to be deemed as fraudulent in an attempt to procure an favorable judgment by the Defendant through fraud.

3. Ensuing the foregoing above, the Plaintiff request the Court to order the Defendant to immediately disclose and serve upon the Plaintiff its referenced "Mem. at 12-13" (Memorandum), but not limited to the complete document(s), and for the sanctioning of the Defendant and its attorneys of record for such misconduct, and further for appropriate relief to the Plaintiff remedy or prevents injury to the Plaintiff.

Dated this 17th day of October, 2006.

Respectfully submitted,

MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Rd
Fort Leavenworth KS 66027-2304

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of October, 2006, I caused to be placed in the prison mail via United States Postal Service (Certified Postage, First Class), a copy of my motion to compel service and sanction, served on the Defendant's attorney of record at the following address:

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington DC 20530

*Marcus L. Williams* (signature)
MARCUS L. WILLIAMS
Box# 77423
1300 N. Warehouse Rd
Fort Leavenworth KS 66027-2304