IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARCUS L. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0508 (RCL) |
| | ) |
| DEPARTMENT OF THE AIR FORCE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
AND FOR SANCTIONS

Plaintiff's motion to compel and for sanctions is frivolous and should be denied.

Plaintiff, pro se prisoner, alleges that the defendant failed to serve on him a memorandum

referenced in Defendant's Counter Statement in Opposition to Plaintiff's Statement of Material

Facts.  The Memorandum referenced is Defendant's Memorandum of Points and Authorities in

support of its Motion to dismiss,  Docket entry 11, which was not only served on Plaintiff, he has

responded to it.  See Docket entry 13.

Respectfully submitted,


_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney

_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant' Opposition to Plaintiff's Motion

to Compel and for Sanctions  was served by First-Class mail; postage prepaid to:

MARCUS L. WILLIAMS
Box #77423
1300 N. Warehouse Road
Fort Leavenworth, KS 66027-2304,

on this 25th day of October, 2006.


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780