UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCUS L. WILLIAMS,             )
          Plaintiff,            )
                                )
v.                              ) Civil Action No. 1:06-cv-00508 (RCL)
                                )
DEPARTMENT OF THE AIR FORCE,    )
          Defendant.            )
                                )

PLAINTIFF'S REPLY AND WITHDRAWAL FOR MOTION
TO COMPEL AND FOR SANCTIONS

RECEIVED
NOV 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. The Plaintiff files his reply to the Defendant's opposition to motion to compel and for sanctions, and further on elements of Defendant's opposition, the Plaintiff respectfully withdraws his motion to compel and for sanctions. The Plaintiff apologizes to this Court for any disruption in processing this instant case. The Plaintiff had good cause to raise his motion to compel and sanction.

2. The Defendant's opposition to Plaintiff's motion to compel and for sanctions finally explained what "Mem. at 12-13" was referring to. In the Defendant's counter-statement, it made vague references to its memorandum of points and authorities in support of its motion to dismiss as cited "See Mem. at 12-13". Because the Defendant's reference did not absolutely refer to its memorandum of points and authorities in support of its motion to dismiss, the Plaintiff expected such referenced information to be attached to or accompanying the Defendant's counter-statement in opposition to Plaintiff's summary disposition. The Plaintiff's also notes that the Defendant previously had failed to serve its initial opposition to the Plaintiff's summary judgment, but service was finally made upon the Plaintiff on motion to compel service.

3. For routine correspondence in the United States Air Force, the caption

used in letters and/or notices is shown as "MEMORANDUM FOR.....". And because the Defendant purported that it properly held the Plaintiff on active duty after his active duty enlistment had expired, the Plaintiff was geared towards suspect administrative memorandum document(s) consisting of written request to the military personnel flight commanders support staff to involuntary extend the Plaintiff's active duty enlistment as referred to in paragraphs 9-11 of Plaintiff's reply to defendant's opposing counter-statements to statement of material facts. The Plaintiff had every right to question the validity of such information if it had ever really existed, however this not the case and the Defendant pointed out what it was referencing.

4. Wherefore the Plaintiff respectfully withdraws his motion to compel and sanction on basis of the foregoing above, and again apologizes to the Court for any disruption.

Dated this 31st day of October, 2006.

Respectfully submitted,

_____
MARCUS L. WILLIAMS

## CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury that on this 2nd day of November, 2006, I caused to be placed in the prison mail via United States Postal Service (Certified Postage, First Class), a copy of my reply and withdrawal to compel and sanction, served on the Defendant's attorney of record at the following address:

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington DC 20530

*/s/ Marcus L. Williams*
MARCUS L. WILLIAMS
Box# 77423
1300 N. Warehouse Rd
Fort Leavenworth KS 66027-2304