UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCUS L. WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0508 (RCL) |
| DEPARTMENT OF THE AIR FORCE, | ) |
| Defendant. | ) |

### ORDER

In accordance with the Memorandum Opinion issued this 4th day of Jan., 2007 it is ORDERED that defendant's motion to dismiss [11] is GRANTED. It is

FURTHER ORDERED that plaintiff's motion for partial summary judgment [18] and motion to amend his motion for partial summary judgement [23] are DENIED. It is

FURTHER ORDERED that plaintiff's motion to compel [21] and defendant's motion for schedule to complete briefing [25] are DENIED AS MOOT.

This case is dismissed.

Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge